UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, Individually, )<br>and as Personal Representative of the )<br>ESTATE OF TERRENCE ANTHONY POWERS )<br>1102 Sunset Drive )<br>Bel Air, Maryland 21401 )<br>   Plaintiff, )<br>)<br>  v. )<br>)<br>THE DISTRICT OF COLUMBIA, )<br>441 4th Street, N.W. )<br>Washington, DC 20001 )<br>)<br>CHIEF CHARLES H. RAMSEY )<br>Chief of Police )<br>Washington Metropolitan Police Department )<br>300 Indiana Avenue, N.W. )<br>Washington, D.C. 20001 )<br>)<br>COMMANDER LARRY D. McCOY )<br>Washington Metropolitan Police Department )<br>3rd District )<br>1624 V Street, N.W. )<br>Washington D.C. 20009 )<br>)<br>WATCH COMMANDER )<br>Washington Metropolitan Police Department )<br>3rd District )<br>1624 V Street, N.W. )<br>Washington D.C. 20009 )<br>)<br>SERGEANT R.W. GAMBLE )<br>Washington Metropolitan Police Department )<br>3rd District )<br>1624 V Street, N.W. )<br>Washington D.C. 20009 )<br>)<br>MARK J. SULLIVAN, DIRECTOR )<br>United States Secret Service )<br>245 Murray Drive )<br>Building 410 )<br>Washington, D.C. 20223 ) | Civil Action No. _____ |

| | |
|---|---|
| CHIEF OF THE UNIFORMED DIVISION | ) |
| United States Secret Service | ) |
| 245 Murray Drive | ) |
| Building 410 | ) |
| Washington, D.C. 20223 | ) |
| | ) |
| OFFICER MICHAEL BURDYN | ) |
| United States Secret Service | ) |
| Uniform Division | ) |
| 245 Murray Drive | ) |
| Building 410 | ) |
| Washington, D.C. 20223 | ) |
| | ) |
| SERGEANT B. GILES | ) |
| United States Secret Service | ) |
| Uniform Division | ) |
| 245 Murray Drive | ) |
| Building 410 | ) |
| Washington, D.C. 20223 | ) |
| | ) |
|         Defendants. | ) |
| | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant District of Columbia removes to this Honorable Court the above action from the Superior Court of the District of Columbia (C.A. No. 06-5391), filed on July 14, 2006 and served on Defendant District of Columbia on August 14, 2006.

Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. See 28 U.S.C. § 1441(b). In paragraphs 28 through 33, the Complaint raises a federal question by asserting federal constitutional claims under the Fifth, Eighth, and Fourteenth Amendments to the United States Constitution.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Nicole L. Lynch /s/
NICOLE L. LYNCH [476331]
Chief, General Litigation Section II


/s/ James H. Vricos /s/
JAMES H. VRICOS [474026]
Assistant Attorney General
Suite 674S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
Email: James.Vricos@dc.gov


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice of removal was mailed, postage prepaid, this   13th   day of September, 2006, to:

M. Celeste Bruce, Esq.
6305 Ivy Lane, Suite 500
GreenBelt , MD 20770


/s/ James H. Vricos /s/
JAMES H. VRICOS
Assistant Attorney General