IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, Individually, and as Personal Representative of the ESTATE OF TERENCE ANTHONY POWERS )<br><br>Plaintiff, )<br><br>v. )<br><br>DISTRICT OF COLUMBIA, *et al.*, )<br><br>Defendants, ) | Civil No. 06-1586 (RMC) |

**CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT**

Defendants District of Columbia (the "District"), Chief Charles H. Ramsey, Commander Larry D. McCoy, and Sergeant Regina W. Gamble, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby move this Court to enlarge the time by which they must file a pleading in response to the plaintiff's complaint by an additional forty-five (45) days.[1]

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto.

On September 18, 2006, undersigned counsel consulted with plaintiff's counsel, M. Celeste Bruce, who consented to the relief requested in this Motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

---

[1] Defendants the District, Ramsey, McCoy, and Gamble, do not waive any of their rights to proper service in the above styled matter, by filing this motion.

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


_____/s/_____
NICOLE L. LYNCH [471953]
Section Chief
General Litigation Section II



_____/s/_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 4th Street, N.W., S674
Washington, D.C. 20001
(202) 442-6600
(202) 727-3625 (fax)
James.Vricos@dc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, Individually, and as Personal Representative of the ESTATE OF TERENCE ANTHONY POWERS | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil No. 06-1586(RMC) ) |
| DISTRICT OF COLUMBIA, *at al.,* | ) ) ) |
| Defendants, | ) ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT**

This Court should grant the Defendants an additional forty-five (45) days to file a responsive pleading to the plaintiff's complaint, because:

1. The plaintiff filed suit in the Superior Court of the District of Columbia on July 14, 2006, alleging, among other things, that the decedent in this matter was denied his rights under the 5th, 8th, and 14th Amendments to the United States Constitution by the D.C. government while being detained at the Metropolitan Police Department's Third District. On September 13, 2006, the District filed a Notice of Removal to Federal District court. Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure the Defendants must file a responsive pleading within five days of removal, i.e. September 20, 2006.

2. The District will have to conduct a preliminary investigation of the allegations contained in the complaint before it can file an accurate responsive pleading. Because this case involves numerous claims against various law enforcement entities, the District believes that it will

require an investigation involving both the Metropolitan Police Department and the United States Secret Service.

3. Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to come into compliance with any deadline imposed by other enumerated rules.[2] The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976). Given the facts discussed in the Motion, the District urges this Court to grant such an extension herein.

4. The plaintiff will not be prejudiced by the granting of this Motion. The plaintiff's counsel has consented to an enlargement of forty-five (45) days, up to and including November 4, 2006, by which the District must file a responsive pleading.

WHEREFORE, for the reasons stated herein, defendants requests that this Court expand the time to file a responsive pleading by forty-five (45) days, up to and including November 4, 2006.

>Respectfully submitted,
>
>ROBERT J. SPAGNOLETTI
>Attorney General
>
>GEORGE C. VALENTINE
>Deputy Attorney General, Civil Litigation Division
>
>_____/s/_____
>NICOLE L. LYNCH [471953]
>Section Chief
>General Litigation Section II

---

[2] Rule 6(b) lists certain exceptions––Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)––none of which are applicable herein.

       /s/
JAMES H. VRICOS [474026]
Assistant Attorney General
441 4th Street, N.W., S674
Washington, D.C. 20001
(202) 442-6600
(202) 727-3625 (fax)
James.Vricos@dc.gov

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, Individually, and as Personal Representative of the ESTATE OF TERENCE ANTHONY POWERS<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *at al.,*<br><br>Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 06-1586(RMC)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Based on the defendant's motion and the facts and law considered, it is this ____ day of _____ 2006,

HEREBY ORDERED that the defendant's motion is GRANTED; it is

FURTHER ORDERED that the Defendants shall file a responsive pleading to the Complaint no later than November 4, 2006.

 

_____
Judge Rosemary M. Collyer
United States District Court

4