_____/s/_____