UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICIA A. POWERS-BUNCE,** | ) |
| **Plaintiff** | ) ) ) ) |
| v. | ) Civil Action No. 06-1586 (RMC) ) |
| **THE DISTRICT OF COLUMBIA,** *et al.* | ) ) ) |
| **Defendants.** | ) ) |

**ORDER**

Upon consideration of Federal Defendants' Motion for an Enlargement of Time Within Which to Respond to Plaintiffs' Complaint, Memorandum of Points and Authorities in Support Thereof, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion be and hereby is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including November 16, 2006, to answer or otherwise respond to the Complaint.

Dated this _____ day of _____ , 2006.

_____
United States District Judge

Copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

M. Celeste Bruce, Esq.
Rifkin, Livingston, Levitan & Silver, LLC
6305 Ivy Lane, Suite 500
Greenbelt, MD 20770

James H. Vricos
Assistant Attorney General for the
District of Columbia
One Judiciary Square
441 Fourth Street, N.W.
Washington, D.C. 20001