UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-1586 (RMC) |
| | ) |
| THE DISTRICT OF COLUMBIA, *et al*. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT,
AND MEMORANDUM IN SUPPORT THEREOF**

The Federal Defendants in the above-captioned case, through counsel, the United States Attorney for the District of Columbia, hereby respectfully move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to respond to the Complaint in this action, up to and including November 16, 2006. This response may be in the form of a dispositive motion. Counsel for the Plaintiff, M. Celeste Bruce, Esq., was unavailable when Counsel for the Federal Defendants attempted to contact her concerning Plaintiff's position on this motion. Counsel for the District of Columbia Defendants, James Vricos, Esq., has graciously consented to this motion.[1]

This extension of time is sought because, notwithstanding the legal implications to the agency employing the Federal Defendants, it does not appear that the U.S. Secret Service and the United States Attorney for the District of Columbia were served with the original complaint. While the U.S. Attorney eventually received an incomplete and informal copy of the Complaint, it is not

---

[1] We note that Plaintiffs have previously consented to, and the Court as granted, the motion of the District of Columbia Defendants to extend their time to respond to the Complaint up to and including November 4, 2006.

clear when this occurred. Moreover, while undersigned Counsel for the Federal Defendants is making this appearance on their behalf, for the limited purpose of filing this extension, their request for representation is still pending with the Department of Justice and has not been formally approved as of this writing, and this issue needs to be decided.[2] Counsel for the Federal Defendants accordingly needs additional time to identify responsible officials with whom to confer about the case and any defenses and to determine fully the circumstances involved in this case. These requirements, together with Counsel's other litigation responsibilities, will not allow filing of an answer or other response to the Complaint before November 16, 2006.

WHEREFORE, the Federal Defendants submit that this motion for an enlargement of time within which to respond to the Complaint should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By: _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

October 5, 2006

---

[2] By filing this motion, the Defendants do not waive any Fed. R. Civ. P. 12(h) defenses or any other defenses, particularly immunity.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of October, 2006, I caused the foregoing Motion for an Enlargement of Time Within Which to Respond to the Complaint to be served by the Electronic Case Filing system or, if this means fails, then by first class mail, postage prepaid, on:

M. Celeste Bruce, Esq.
Rifkin, Livingston, Levitan & Silver, LLC
6305 Ivy Lane, Suite 500
Greenbelt, MD  20770

James H. Vricos
Assistant Attorney General for the
District of Columbia
One Judiciary Square
441 Fourth Street, N.W.
Washington, D.C.  20001

/s/
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739