UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICIA A. POWERS-BUNCE,** )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**THE DISTRICT OF COLUMBIA,** *et al.* )<br>)<br>**Defendants.** )<br>_____) | Civil Action No.  06-1586 (RMC) |

**NOTICE OF CONSENT TO DEFENDANT'S RENEWED MOTION TO EXTEND**

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully notifies the Court of the Plaintiff's consent to Defendant's renewed motion to extend, filed on October 10, 2006.  Undersigned Counsel for the Defendant conferred with Counsel for the Plaintiff, M. Celeste Bruce, Esq., who has graciously consented to Defendant's Renewed Motion for Extension of Time until November 16, 2006, to answer or otherwise respond to the Complaint in this matter.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By: _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739

October 12, 2006