IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, Individually, and as Personal Representative of the ESTATE OF TERENCE ANTHONY POWERS </br></br>Plaintiff, </br></br>v. </br></br>DISTRICT OF COLUMBIA, *et al.,* </br></br>Defendants, | ) ) ) ) ) ) ) ) Civil No. 06-1586 (RMC) ) ) ) ) ) ) |

**CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT**

Defendants District of Columbia (the "District"), Chief Charles H. Ramsey, Commander Larry D. McCoy, and Sergeant Regina W. Gamble, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby move this Court to enlarge the time by which they must file a pleading in response to the plaintiff's complaint by an additional thirty (30) days.[1]

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto.

On October 30, 2006, undersigned counsel consulted with plaintiff's counsel, M. Celeste Bruce, who consented to the relief requested in this Motion.

                                                                          Respectfully submitted,

                                                                          ROBERT J. SPAGNOLETTI
                                                                          Attorney General

---

[1] Defendants the District, Ramsey, McCoy, and Gamble, do not waive any of their rights to proper service in the above styled matter, by filing this motion.

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


_____/s/_____
NICOLE L. LYNCH [471953]
Section Chief
General Litigation Section II



_____/s/_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 4th Street, N.W., S674
Washington, D.C. 20001
(202) 442-6600
(202) 727-3625 (fax)
James.Vricos@dc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, Individually, and as Personal Representative of the ESTATE OF TERENCE ANTHONY POWERS<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *at al.,*<br><br>Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 06-1586(RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT**

This Court should grant the Defendants an additional thirty (30) days to file a responsive pleading to the plaintiff's complaint, because:

1. The plaintiff filed suit in the Superior Court of the District of Columbia on July 14, 2006, alleging, among other things, that the decedent in this matter was denied his rights under the 5th, 8th, and 14th Amendments to the United States Constitution by the D.C. government while being detained at the Metropolitan Police Department's Third District. On September 13, 2006, the District filed a Notice of Removal to Federal District court. Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure the Defendants must file a responsive pleading within five days of removal, *i.e.* September 20, 2006.

2. With the consent of the parties, on September 22, 2006, the Court enlarged the District's time period within which the District's responsive pleading was due by forty five (45) days, up to and including November 6, 2006.

3. Because this case involves numerous claims against various law enforcement entities, the District's preliminary investigation of the allegations contained in the complaint has been quite time consuming.

4. Due to the press of business and the extensive research involved in the preparation of an appropriate response to the plaintiff's complaint, the District respectfully request an additional thirty (30) days to respond.

5. Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to come into compliance with any deadline imposed by other enumerated rules.[2] The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976). Given the facts discussed in the Motion, the District urges this Court to grant such an extension herein.

6. The plaintiff will not be prejudiced by the granting of this Motion. The plaintiff's counsel has consented to an enlargement of thirty (30) days, up to and including December 6, 2006, by which the District must file a responsive pleading.

WHEREFORE, for the reasons stated herein, defendants request that this Court expand the time to file a responsive pleading by thirty (30) days, up to and including December 6, 2006.

                                               Respectfully submitted,

                                               ROBERT J. SPAGNOLETTI
                                               Attorney General

                                               GEORGE C. VALENTINE
                                               Deputy Attorney General, Civil Litigation Division

---

[2] Rule 6(b) lists certain exceptions–-Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)–-none of which are applicable herein.

            /s/
NICOLE L. LYNCH [471953]
Section Chief
General Litigation Section II


            /s/
JAMES H. VRICOS [474026]
Assistant Attorney General
441 4th Street, N.W., S674
Washington, D.C. 20001
(202) 442-6600
(202) 727-3625 (fax)
James.Vricos@dc.gov

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, Individually, and as Personal Representative of the ESTATE OF TERENCE ANTHONY POWERS | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil No. 06-1586(RMC) ) |
| DISTRICT OF COLUMBIA, *at al.,* | ) ) ) |
| Defendants, | ) ) |

**ORDER**

Based on the defendant's motion and the facts and law considered, it is this ____ day of _____ 2006,

HEREBY ORDERED that the defendant's motion is GRANTED; it is

FURTHER ORDERED that the Defendants shall file a responsive pleading to the Complaint no later than December 6, 2006.

 

_____
Judge Rosemary M. Collyer
United States District Court

4