UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PATRICIA A. POWERS-BUNCE** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 06-1586 (RMC) |
| **DISTRICT OF COLUMBIA, et al.,** | ) |
| **Defendants.** | ) |

CONSENT MOTION FOR AN EXTENSION
OF TIME TO FILE AN ANSWER OR
OTHER RESPONSE TO THE COMPLAINT

Federal Defendants, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, with the consent of Counsel for the Plaintiff, M. Celeste Bruce, Esquire, on condition that Counsel for the Defendant confer with her concerning any potential grounds for dismissal, hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a response to the Complaint, from November 16, 2006, up to and including December 6, 2006. As grounds for this motion, Federal Defendants submit the following:

Several reasons necessitate this request for an extension of time. First, agency counsel was unable to provide Counsel for the Federal Defendants basic information about this case until just recently. Secondly, Counsel for the Federal Defendants must complete the process of obtaining representation authority for the Federal Defendants who have been sued both in their individual and official capacities. Third, Counsel for the Federal Defendants must file a reply memorandum in Kriesch v. Johanns, C.A. 05-2402 (RMC) on November 21, 2006. These and other demands

necessitate this requested extension. Accordingly, Federal Defendants seek an extension of time to file a response to the Complaint up to and including December 6, 2006, the same date that Defendant District of Columbia is now required to file.

WHEREFORE, Federal Defendants submit that this consent motion for an extension of time to file a response to the Complaint should be granted.

                                        Respectfully submitted,

                                        JEFFREY A. TAYLOR
                                        UNITED STATES ATTORNEY
                                        D.C. BAR NUMBER 498-610

By:                    /s/
                                        OLIVER W. MCDANIEL, D.C. Bar No. 377-360
                                        Assistant United States Attorney
                                        Civil Division
                                        555 4th Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 616-0739

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November, 2006, I caused the foregoing Consent Motion for an Extension of Time to File an Answer or Other Response to Complaint, and proposed order, to be served on Counsel for the Plaintiff by the Electronic Case Filing system or, if this means fails, then by mail, postage prepaid, addressed as follows:

M. Celeste Bruce, Esq.
RIFKIN, LEVINGSTON, LEVITAN & SILVER, LLC
6305 Ivy Lane
Suite 500
Greenbelt, MD 20770

/s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739