UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICIA A. POWERS-BUNCE** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **DISTRICT OF COLUMBIA,** *et al.*, ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No. 06-1586 (RMC) |

MOTION FOR A FOUR-DAY EXTENSION
OF TIME TO FILE AN ANSWER OR
OTHER RESPONSE TO THE COMPLAINT

Federal Defendants, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a four-business-day extension of time within which to file a response to the Complaint, from December 6, 2006, up to and including December 12, 2006. Counsel for the Federal Defendants has been unable to reach Counsel for the Plaintiff, M. Celeste Bruce, Esquire, to determine her current position on this motion.[1] As grounds for this motion, Federal Defendants submit the following:

Several reasons necessitate this continued request for an extension of time. First, Counsel for the Federal Defendants has been unable to confirm the individually sued Federal Defendants' consent to Department of Justice representation. Secondly, it has taken Counsel for the Federal Defendants much more time than originally anticipated to prepare a brief for filing in the appeal of

---

[1] In conferring with Counsel for the Plaintiff about prior extension requests, she advised Counsel for the Defendant that Plaintiff would not oppose any future requests for extension of time. As noted previously, this assent is conditioned on Counsel for the Defendant conferring with Counsel for the Plaintiff about any potential grounds for dismissal before filing a dispositive motion.

Sherer v. United States of America, Appeal No. 05-5397.  Thirdly, Counsel for the Federal Defendants must file a response to the Complaint in Brown v. Bureau of Prisons, C.A. 06-1606 (GK) on December 7, 2006.  Further, Counsel for the Federal Defendants is on emergency duty during the week of December 4, 2006, and has had to address unanticipated matters.  These and other litigation demands necessitate this requested extension.

WHEREFORE, Federal Defendants submit that this motion for an extension of time up to and including December 12, 2006 to file a response to the Complaint should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By:  _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2006, I caused the foregoing Motion for a Four-Day Extension of Time to File an Answer or Other Response to Complaint, and proposed order, to be served on Counsel for the Plaintiff by the Electronic Case Filing system or, if this means fails, then by mail, postage prepaid, addressed as follows:

M. Celeste Bruce, Esq.
RIFKIN, LEVINGSTON, LEVITAN & SILVER, LLC
6305 Ivy Lane
Suite 500
Greenbelt, MD 20770

/s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739