IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICIA A. POWERS-BUNCE,** Individually, and as Personal Representative of the **ESTATE OF TERENCE ANTHONY POWERS** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) Civil No. 06-1586 (RMC) |
| **DISTRICT OF COLUMBIA,** *et al.,* | ) ) ) ) |
| **Defendants.** | ) ) ) |

### PRAECIPE NOTING WITHDRAWAL AND ENTRY OF APPEARANCE

Will the Clerk of the Court please withdraw the appearance of counsel, Assistant Attorney General, James H. Vricos, Esq., on behalf of Defendants, District of Columbia, Chief Charles H. Ramsey, Commander Larry D. McCoy, and Sergeant Regina W. Gamble and enter the appearance of Assistant Attorney General Dana K. DeLorenzo, Esq., on behalf of Defendants, District of Columbia, Chief Charles H. Ramsey, Commander Larry D. McCoy, and Sergeant Regina W. Gamble

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III

1

      /s/
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov