UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICIA A. POWERS-BUNCE** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA, *et al*.,** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 06-1586 (RMC) |

**ORDER**

UPON CONSIDERATION of Federal Defendants' motion to dismiss, the grounds stated therefor, any opposition thereto, and the entire record herein, it is on this ___ day of _____, hereby

ORDERED that Federal Defendants' motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that Plaintiff's suit is hereby DISMISSED.

_____
UNITED STATES DISTRICT JUDGE