IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, Individually, and as Personal Representative of the ESTATE OF TERENCE ANTHONY POWERS<br><br>Plaintiffs,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*  Civil No. 06-1586 (RMC)<br>*<br>*<br>*<br>*<br>* |

_____

CONSENT MOTION FOR EXTENSION OF TIME

COME NOW, Plaintiffs, Patricia A. Powers-Bunce, Individually, and as Personal Representative of the Estate of Terence A. Powers, by and through counsel, M. Celeste Bruce, Esquire, Rifkin, Livingston, Levitan, and Silver, LLC, and respectfully requests that this Honorable Court extend the time for Plaintiffs to file a response to the District of Columbia and the Federal Defendants' Motions to Dismiss and in support thereof, state as follows:

1. Plaintiffs have consented to extensions of time for the District of Columbia and the Federal Defendants to file their responses to Plaintiffs' Complaint until December 6, 2006.

2. On or about December 6, 2006, Federal Defendants and District of Columbia Defendants filed Motions to Dismiss Plaintiffs' Complaint.

3. Counsel for Plaintiffs has spoken with Dana Delorenzo, Assistant Attorney General, Counsel for the Federal Defendants, and Oliver

      McDaniel, Assistant United States Attorney, Counsel for the District of Columbia Defendants, who have both consented to an extension of time for Plaintiffs to file responses to the Motions to Dismiss until on or before January 17, 2007.

4.     The Court nor any parties will be prejudiced by the granting of this motion in extending the time for Plaintiffs to file their responsive motions.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that this Honorable Court extend the time for Plaintiffs to file responsive motions to the District of Columbia Defendants and the Federal Defendants' Motions to Dismiss until on or before January 17, 2007.

                                            Respectfully Submitted,

                                            Rifkin, Livingston, Levitan & Silver, LLC

                                            /S/
                                          _____
                                          M. Celeste Bruce, Esquire
                                          Bar No.: 438343

                                          Ellen B. Flynn, Esquire
                                          Bar No.: 465355

                                          6305 Ivy Lane, Suite 500
                                          Greenbelt, Maryland 20770

                                          (301) 345-7700 phone
                                          (301) 345-1294 facsimile

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, Individually, and as Personal Representative of the ESTATE OF TERENCE ANTHONY POWERS <br><br> Plaintiffs, <br><br> v. <br><br> THE DISTRICT OF COLUMBIA, *et al.* <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> *  Civil No. 06-1586 (RMC) <br> * <br> * <br> * <br> * <br> * |

_____

**ORDER**

UPON CONSIDERATION of Plaintiffs' Consent Motion for Extension of Time, and for good cause shown, it is this _____ day of _____, 2006, hereby and the same

ORDERED that Plaintiffs' Consent Motion for Extension of Time is GRANTED; and it is further,

ORDERED that Plaintiffs file a response to the Defendants' Motions to Dismiss on or before January 17, 2006.

_____
Judge, United States District Court for the
District of Columbia