# Metropolitan Police Department — Incident-Based Event Report
Washington, D.C.

## PART I - CLASSIFICATION OF EVENT

**TYPE OF REPORT:** ● Offense   ○ Incident

**DATE AND TIME OF EVENT:**
- Start Date: Jul 15, 04   Start Time: 00:39
- End Date: Jul 15, 04   End Time: 04:10

**DATE OF REPORT:** Jul 15, 04
**TIME OF REPORT:** 04:30
**DISTRICT:** 3
**SECTOR:** 6
**BEAT:** 308
**COMPLAINT NUMBER:** 097583

**EVENT LOCATION ADDRESS:** 776 Massachusetts Ave. N.W.
● In front of

**REPORT RECEIVED BY:** ● On-scene
**IS RADIO RUN LOCATION AND EVENT LOCATION THE SAME?:** (not marked clearly)
**PROPERTY TYPE:** ● Public

**EVENT NO. 1:** CSA - PWID Cocaine
**EVENT NO. 2:** Suicide (while in custody)
**EVENT NO. 3:** (blank)

**FORCED ENTRY:** (blank)
**WEATHER CONDITIONS:** (not clearly marked)

**SUSPECTED HATE CRIME?:** None

**LOCATION TYPE:** Street/Highway/Road

## PART II - VICTIM INFORMATION

### Complainant/Victim No. 1
- **Name:** Michael E. Burdyn
- **Related to Event No(s):** 1
- **Victim Type:** ● Police officer
- **Date of Birth:** (Mar, day unclear, year unclear)
- **Age Range:** 18-65 yrs.
- **Sex:** Male
- **Business Phone:** (202) 634-2234
- **Race/Ethnicity:** (not clearly marked)
- **Home Address:** (blank)
- **Business Address/School:** 3507 International Dr. N.W.
- **Occupation:** (blank)
- **Is Event Related to Occupation?:** (blank)

### Complainant/Victim No. 2
- **Name:** Powers, Terence A.
- **Related to Event No(s):** 2
- **Victim Type:** ● Individual
- **Date of Birth:** Feb 23, 66
- **Age Range:** 18-65 yrs.
- **Sex:** Male
- **Home Phone:** (202) 607-8271
- **Race/Ethnicity:** (not clearly marked)
- **Home Address:** 1600 T St., NW Apt #7
- **Business Address/School:** (blank)
- **Occupation:** (blank)
- **Is Event Related to Occupation?:** ● No

**STATUS:** ● Closed
**REVIEWER:** (signature) GC
**DISTRIBUTION:** (blank)

PAGE 1

| | IS VICTIM #1 THE REPORTING PERSON? IF NO, ENTER THE NAME, ADDRESS AND PHONE NUMBER OF THE REPORTING PERSON. ○ Yes ○ No | Name: _____ Address: _____ | | Phone-Area Code: _____ |
|---|---|---|---|---|
| | DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER? ○ Yes ○ No | WAS PD FORM 378A ISSUED? ○ Yes ○ No | IS CPO/TPO OUTSTANDING? ○ Yes ○ No ○ Unknown | IF YES, ENTER CPO/TPO #: _____ |

INJURIES — Use the following codes to describe injuries. (Mark all that apply.)
N = None Visible  M = Apparent Minor Injury  B = Apparent Broken Bones  O = Other Major Injury  I = Possible Internal Injury  G = Gunshot  L = Severe Laceration  T = Loss of Teeth  U = Unconscious

| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB. # | STATUS |
|---|---|---|---|---|---|---|---|---|
| ○ Victim ○ Suspect | ①②③④⑤ ⑥⑦⑧⑨ | NMBOI GLTU | | | | ○Yes ○No | | ○Admitted ○Released |
| ○ Victim ○ Suspect | ①②③④⑤ ⑥⑦⑧⑨ | NMBOI GLTU | | | | ○Yes ○No | | ○Admitted ○Released |
| ○ Victim ○ Suspect | ①②③④⑤ ⑥⑦⑧⑨ | NMBOI GLTU | | | | ○Yes ○No | | ○Admitted ○Released |
| ○ Victim ○ Suspect | ①②③④⑤ ⑥⑦⑧⑨ | NMBOI GLTU | | | | ○Yes ○No | | ○Admitted ○Released |

**PART III. PROPERTY**

Codes: S = Stolen  E = Evidence  R = Recovered  F = Found  I = Impounded  V = Vehicle from which theft occurred  D = Alleged drug type  L = Lost  P = Suspected proceeds of crime  O = Other

a. Property Book & Page No. _____   b. Location of Property Book _____

| Code | Description of Item(s) | Serial Number/ Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**VEHICLE INFORMATION** — Vehicle operated/used by: ○ Victim ○ Suspect ○ Victim's vehicle taken by suspect

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
| I/E | 1994 | Mazda | Miata | Blk | 2-Door | HXB-066/MD/04 | JM1NA353XR0501062 |

**PART IV. SUSPECT/MISSING PERSON INFORMATION** (Use narrative if additional space is needed)

#1 ● Suspect ○ Missing
a. Race: ○ Asian ● White ○ Black ○ Latino/Hispanic ○ Unknown ○ Other
b. Sex: ● Male ○ Female ○ Unknown
c. Exact Age or Range: 38
d. Height: 5'9"
e. Weight: 165
f. Eyes: HAZEL
g. Hair: Brown
h. Complexion: Light
i. Scars: —  j. Mustache: —  k. Facial Hair: —  l. Hat: —  m. Coat/Jacket: —
n. Pants: Blue Jeans
o. Blouse/Shirt: Black
p. Perpetrator Suspected of Using: ○ Alcohol ○ Computer ○ Drugs ○ N/A

q. Weapons Used in Offense (Mark all that apply)
Firearm: ○ Handgun ○ Shotgun ○ Revolver ○ Semi-automatic ○ Rifle ○ Automatic ○ Other firearm
Other: ○ Cutting instrument ○ Blunt object ○ Motor vehicle ○ Hands/Feet/Teeth ○ None ○ Unknown ○ Other (specify)
Color: —  Make: —  Model: —  Caliber: —

#2 ○ Suspect ○ Missing
a. Race: ○ Asian ○ White ○ Black ○ Latino/Hispanic ○ Unknown ○ Other
b. Sex: ○ Male ○ Female ○ Unknown
c. Exact Age or Range: —  d. Height: —  e. Weight: —  f. Eyes: —  g. Hair: —
h. Complexion: —  i. Scars: —  j. Mustache: —  k. Facial Hair: —  l. Hat: —  m. Coat/Jacket: —  n. Pants: —  o. Blouse/Shirt: —
p. Perpetrator Suspected of Using: ○ Alcohol ○ Computer ○ Drugs ○ N/A

q. Weapons Used in Offense (Mark all that apply)
Firearm: ○ Handgun ○ Shotgun ○ Revolver ○ Semi-automatic ○ Rifle ○ Automatic ○ Other firearm
Other: ○ Cutting instrument ○ Blunt object ○ Motor vehicle ○ Hands/Feet/Teeth ○ None ○ Unknown ○ Other (specify)
Color: —  Make: —  Model: —  Caliber: —

#3 ○ Suspect ○ Missing
a. Race: ○ Asian ○ White ○ Black ○ Latino/Hispanic ○ Unknown ○ Other
b. Sex: ○ Male ○ Female ○ Unknown
c. Exact Age or Range: —  d. Height: —  e. Weight: —  f. Eyes: —  g. Hair: —
h. Complexion: —  i. Scars: —  j. Mustache: —  k. Facial Hair: —  l. Hat: —  m. Coat/Jacket: —  n. Pants: —  o. Blouse/Shirt: —
p. Perpetrator Suspected of Using: ○ Alcohol ○ Computer ○ Drugs ○ N/A

q. Weapons Used in Offense (Mark all that apply)
Firearm: ○ Handgun ○ Shotgun ○ Revolver ○ Semi-automatic ○ Rifle ○ Automatic ○ Other firearm
Other: ○ Cutting instrument ○ Blunt object ○ Motor vehicle ○ Hands/Feet/Teeth ○ None ○ Unknown ○ Other (specify)

*Value of vehicles to be entered by Information Processing section

CCN: 097-583

PAGE 2

## PART V MISSING PERSONS

| 64 PROBABLE CAUSE OF ABSENCE AND DESTINATION | | | 65 COMPLAINT NUMBER 097583 |
|---|---|---|---|
| 66 IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED: | 67 CLASSIFICATION ○ Critical  ○ Non-critical | 68 CLASSIFIED BY: | |
| 69 PHYSICAL/MENTAL CONDITION (i.e., diabetic) | 70 DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED | 71 NAME OF PARENT/GUARDIAN | |
| 72 ADDRESS OF PARENT/GUARDIAN | 73 IF JUVENILE, ENTER MOTHER'S MAIDEN NAME | 74 MISSING PERSON SECTION NOTIFIED (Name) | |

### 75 NARRATIVE — Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

**Item Number Continued**

On the reverse date and time C2 was observed operating the listed auto in section #60 traveling eastbound in the unit block of Mass. Ave. N.W. I observed him pass the red traffic light at the intersection of Mass. Ave. and Dupont Circle. A traffic stop was effected in front of 1776 Mass. Ave. N.W. C2 was observed retrieving an object from behind the passenger seat and placed them into a cigarette box. A Wales check revealed that C2 permit status was suspended. The cigarette box contained 5 clear plastic zips containing a white powder substance, that field tested positive for cocaine.

C-O-C – D1/Cigarette box/McQueen/AO/Cockrell/3D Property Book

C2 was placed under Arrest for UCSA-PWID and no DC Permit

C2/D1 WAS PLACED IN CELL #6 AT THE THIRD DISTRICT. HE WAS ALONE IN THE CELL AT APPROXIMATELY 0416 HOURS C2/D1 WAS FOUND IN AN UNCONCIOUS STATE AND NONE RESPONSIVE WITH HIS SOCKS TIED AROUND HIS NECK AND THE CELL BARS. MEDICAL PERSONNEL WAS SUMMONED. DC MEDIC #9 RESPONDED AND FOUND NO SIGNS CONSISTANT WITH LIFE. C2/D1 COMMITTED SUICIDE BY STRANGLING HIMSELF. C2/D1 WAS TRANSPORTED TO MEO BY MED WAGON #1 AND PRONOUNCED AO835 BY DR. DIANGELO

NOTIFICATIONS: MPD – OSD/VIOLENT CRIME UNIT, MPD-CRUISER 300/LT. Robinson, MPD-Force Investigation Team, MPD CR 28 – Capt. Keigan, CR 3030 Sgt. Gamble, 3D Inspector D. Groomes, SOCC

SSUDFMB Notifications: Sgt. Giles – CR65, LT. Berry – CR28, LT. Rigsby – CR50, Inspector Joswiak.

| 76 EVIDENCE TECHNICIAN/CSES # | 77 NAME OF INVESTIGATOR NOTIFIED | 78 TELETYPE NOTIFIED (Name) | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | 79 TELETYPE # |
|---|---|---|---|---|
| MC-Anderson #D0339 | OBD – WORRELL, J. | OFC Kumer | | W0373001 |
| 80 REPORTING OFFICER'S SIGNATURE | ELEMENT UD/FMB | 81 OTHER POLICE AGENCY ○ USCP ● USSS ○ METRO TRANSIT ○ OTHER | 82 SECOND OFFICER'S NAME B. Hite | ELEMENT UD/FMB | 83 SIGNATURE OF SUPERVISOR Sgt. McBride | ELEMENT 3D |

## PART VI - ADDITIONAL INFORMATION (Use PD Form 251-C for additional Victims or Suspects)

### Complainant/Victim No. 1 (left panel)

**NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1** — RELATED TO EVENT NO(S): ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩

**VICTIM TYPE:** ○ Individual  ○ Financial inst.  ○ Religious org.  ○ Police officer  ○ Business  ○ Government  ○ Society/Public  ○ Other

**DATE OF BIRTH:** ○ Unknown  ○ NA — Month / Day / Year

**AGE RANGE:** ○ 0-1 yr.  ○ 2-12 yrs.  ○ 13-17 yrs.  ○ 18-65 yrs.  ○ Over 65

**SEX:** ○ Male  ○ Female  ○ Unknown

**HOME PHONE:** ( )

**BUSINESS PHONE:** ( )

**RACE/ETHNICITY (Mark all that apply):** ○ American Indian/Alaskan Native  ○ Asian/Pacific Islander  ○ Black  ○ Chinese  ○ Latino/Hispanic  ○ Jamaican  ○ Japanese  ○ Korean  ○ Vietnamese  ○ White  ○ Other  ○ Unknown/Refused

**HOME ADDRESS:** ○ DC Resident  ○ Non-DC Resident  ○ Unknown

**BUSINESS ADDRESS/SCHOOL:**

**OCCUPATION:**

**IS EVENT RELATED TO OCCUPATION?** ○ Yes  ○ No  ○ Unknown

**ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1**

### Complainant/Victim No. 1 (right panel)

**NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1** — RELATED TO EVENT NO(S): ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩

**VICTIM TYPE:** ○ Individual  ○ Financial inst.  ○ Religious org.  ○ Police officer  ○ Business  ○ Government  ○ Society/Public  ○ Other

**DATE OF BIRTH:** ○ Unknown  ○ NA — Month / Day / Year (Jan–Dec)

**AGE RANGE:** ○ 0-1 yr.  ○ 2-12 yrs.  ○ 13-17 yrs.  ○ 18-65 yrs.  ○ Over 65

**SEX:** ○ Male  ○ Female  ○ Unknown

**HOME PHONE:** ( )

**BUSINESS PHONE:** ( )

**RACE/ETHNICITY (Mark all that apply):** ○ American Indian/Alaskan Native  ○ Asian/Pacific Islander  ○ Black  ○ Chinese  ○ Latino/Hispanic  ○ Jamaican  ○ Japanese  ○ Korean  ○ Vietnamese  ○ White  ○ Other  ○ Unknown/Refused

**HOME ADDRESS:** ○ DC Resident  ○ Non-DC Resident  ○ Unknown

**BUSINESS ADDRESS/SCHOOL:**

**OCCUPATION:**

**IS EVENT RELATED TO OCCUPATION?** ○ Yes  ○ No  ○ Unknown

**ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1**

---

### Suspect/Missing #1

○ Suspect  ○ Missing

**a. Race:** ○ Asian  ○ White  ○ Black  ○ Latino/Hispanic  ○ Unknown  ○ Other
**b. Sex:** ○ Male  ○ Female  ○ Unknown
**c. Exact Age or Range** | **d. Height** | **e. Weight** | **f. Eyes** | **g. Hair**

Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using: ○ Alcohol  ○ Drugs  ○ Computer  ○ N/A

**q. Weapons Used in Offense (Mark all that apply)**

Firearm: ○ Handgun  ○ Shotgun  ○ Other firearm  ○ Revolver  ○ Semi-automatic  ○ Rifle  ○ Automatic

Other: ○ Cutting instrument  ○ Hands/Feet/Teeth  ○ Other (specify)  ○ Blunt object  ○ None  ○ Motor vehicle  ○ Unknown

Color | Make | Model | Caliber

### Suspect/Missing #2

○ Suspect  ○ Missing

**a. Race:** ○ Asian  ○ White  ○ Black  ○ Latino/Hispanic  ○ Unknown  ○ Other
**b. Sex:** ○ Male  ○ Female  ○ Unknown
**c. Exact Age or Range** | **d. Height** | **e. Weight** | **f. Eyes** | **g. Hair**

Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using: ○ Alcohol  ○ Drugs  ○ Computer  ○ N/A

**q. Weapons Used in Offense (Mark all that apply)**

Firearm: ○ Handgun  ○ Shotgun  ○ Other firearm  ○ Revolver  ○ Semi-automatic  ○ Rifle  ○ Automatic

Other: ○ Cutting instrument  ○ Hands/Feet/Teeth  ○ Other (specify)  ○ Blunt object  ○ None  ○ Motor vehicle  ○ Unknown

Color | Make | Model | Caliber

### Suspect/Missing #3

○ Suspect  ○ Missing

**a. Race:** ○ Asian  ○ White  ○ Black  ○ Latino/Hispanic  ○ Unknown  ○ Other
**b. Sex:** ○ Male  ○ Female  ○ Unknown
**c. Exact Age or Range** | **d. Height** | **e. Weight** | **f. Eyes** | **g. Hair**

Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using: ○ Alcohol  ○ Drugs  ○ Computer  ○ N/A

**q. Weapons Used in Offense (Mark all that apply)**

Firearm: ○ Handgun  ○ Shotgun  ○ Other firearm  ○ Revolver  ○ Semi-automatic  ○ Rifle  ○ Automatic

Other: ○ Cutting instrument  ○ Hands/Feet/Teeth  ○ Other (specify)  ○ Blunt object  ○ None  ○ Motor vehicle  ○ Unknown

Color | Make | Model | Caliber

---

CCN 097583                                                              PAGE 4

T.H. — C. MacWilliams                                   11/3/04

From Report —

U.S. Secret Service — stop 1700 Mass Ave NW — no license
— Search — 5 bags (ziplocks) cocaine fr. Powas' possession
Transported to 3rd Dist. —
    Housed at 3 Dist. — Arresting (U.S.S.S.) Placed
Def. in cell at 2:00 AM — went back to cell at
2:09 AM — again at 2:30 AM — (to ask questions) — Goes
back at 4:10 AM — Found hanging by arresting ofc.
2 tube socks — vertical hanging

— Def. asked arrest. ofc. — numerous times if he was
    going to do jail time —
— Cell — small one man cell — key to get in/out

— MPD procedure — cells to be checked every
        30 minutes — (1:40 minutes elapsed)

— Contusions — maybe caused by convulsions during
    hanging — banging against bars — ? — No Go
                        According to Chris —
                        Victims struggle bang
                        around a great deal