| DC HOME | DC GUIDE | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT |





## Office of the Attorney General

**OAG HOME**

**SERVICES**

**INFORMATION**
Agency Calendar
CareFirst Conversion Review
Filing a Claim Against DC
Housing Code Violations
Divisions & Offices
Honors Program
Internship Program

**ONLINE SERVICE REQUESTS**

### Filing a Claim

**Claims Against the District of Columbia**

Individuals wishing to file claims against the District of Columbia Government for loss, damage, or injury, should read the following: Section 12-309, DC Official Code (2001) provides, in part:

> An action may not be maintained against the District of Columbia for unliquidated damages to person or property unless, within six months after the injury or damage was sustained, the claimant, his agent, or attorney, has given notice in writing to the Mayor of the District of Columbia of the approximate time, place, cause, and circumstances of the injury or damage.

The Mayor has delegated to the Office of Risk Management his authority to accept such Notice of Claim letters, effective January 20, 2004. **Notice of Claim letters MUST be RECEIVED by the Office of Risk Management within the six-month period and the Notice of Claim letter must contain ALL of the information required by the statute.** Only the Office of Risk Management is authorized to accept such letters on behalf of the Mayor. If the statutory requirements are not satisfied, the claim will be denied. Under certain circumstances, reports of the Metropolitan Police Department may also satisfy the notice requirement provided that they contain all of the information required by the statute. The mailing address for claims is:

> **Office of Risk Management**
> **ATTN: Claims**
> 441 4th Street, NW, Suite 800 South
> Washington, DC 20001
> (202) 727-8600

Page 1 of 2   ◄◄ 1 2 ►►

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials

Feedback | Translations | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004