# RIFKIN, LIVINGSTON, LEVITAN & SILVER, LLC
## ATTORNEYS AT LAW

ALAN M. RIFKIN
SCOTT A. LIVINGSTON (MD, DC)
LAURENCE LEVITAN
EDGAR P. SILVER†
MICHAEL V. JOHANSEN
JOEL D. ROZNER (MD, DC)
MELVIN A. STEINBERG†
RICHARD K. REED
NORMAN D. RIVERA
LANCE W. BILLINGSLEY
PATRICK H. RODDY
GERALDINE VALENTINO
JAMIE B. EISENBERG (MD, DC, NY)
LYDIA B. HOOVER
M. CELESTE BRUCE (MD, DC)
LEWIS S. GOODMAN†
TIMOTHY K. HOGAN†
MICHAEL S. NAGY (MD, VA)
ERIC LEE BRYANT
ELIZABETH K. MILLER†
ROTRICA S. NEAL

† OF COUNSEL

6305 IVY LANE • SUITE 500
GREENBELT, MARYLAND 20770
(301) 345-7700 • FAX (301) 345-1294
E-MAIL: RLLS@RLLS.COM

LEGG MASON CENTER • SUITE 305
600 WASHINGTON AVENUE
TOWSON, MARYLAND 21204
(410) 583-9433 • FAX (410) 583-9439

225 DUKE OF GLOUCESTER STREET
ANNAPOLIS, MARYLAND 21401
(410) 269-5066 • FAX (410) 269-1235

1133 21ST STREET, NW
WASHINGTON, DC 20007
(202) 293-8815

NOVEMBER 5, 2004

Terrence Ryan, General Counsel
District of Columbia Metropolitan Police Department
300 Indiana Ave., NW
Room 4115
Washington, DC 20001

    Re:    <u>Notice of Claim</u>

To Whom It Concerns:

    Pursuant to DC Code §12-309 (2004), this letter is to serve as formal notice to the Mayor of a pending action against the District of Columbia.

    On July 15, 2004, the claimant suffered the death of her son, Terence Anthony Powers (case # 04-1745), as a result of his being involuntarily detained at the District of Columbia Jail. Mr. Powers died while in the custody of the District of Columbia Metropolitan Police Department. The Metropolitan Police Department failed to perform the duty of care and protection owed to Mr. Powers. Due to this failure, the claimant lost her son.

    If you have any questions, please feel free to contact me.

Sincerely,

M. Celeste Bruce, Esquire