

Government of the District of Columbia
Office of Risk Management

May 18, 2005

M. Celeste Bruce, Esquire
6305 Ivy Lane, Suite 500
Greenbelt, Maryland 20770

Re: Terrance Powers
    Claim No. GLDMPSJ005394

Dear Ms. Bruce:

This is with reference to the above-captioned claim filed by you against the District of Columbia.

Please be advised that I have reviewed the file and the facts contained therein do not indicate any liability on the part of the District of Columbia or any of its employees. Under the circumstances there is no proper basis for recommending allowance of this claim. However, if you have any additional evidence indicating liability on the part of the District of Columbia or any of its employees in connection with this matter, you are requested to submit it for further consideration. If you have no such evidence, we shall have no alternative but to recommend denial of this claim.

Sincerely yours,

JANICE P. STOKES
Claims Specialist
(202) 724-2276