

# Government of the District of Columbia
## Office of the Chief Medical Examiner

## AUTOPSY REPORT

**CASE NUMBER:** 04-1745

**NAME OF DECEDENT:** TERENCE ANTHONY POWERS

**AGE:** 38 YEARS  **RACE:** WHITE  **GENDER:** MALE

**DATE OF DEATH:** JULY 15, 2004   **AUTOPSY DATE:** JULY 15, 2004

**PERFORMED BY:** CONSTANCE R. DiANGELO, MD

### FINAL DIAGNOSES

1. Hanging
   A. Abraded furrow and muscle hemorrhage, neck, with inverted 'V' posterior head
   B. Petechiae, rare, mucosa, trachea
   C. Compressed and dry tissues, neck

2. Contusions, lateral chest, back, thighs, shin

**CAUSE OF DEATH:** HANGING

**MANNER OF DEATH:** SUICIDE

04-1745                                                                 Page 2 of 6
TERENCE ANTHONY POWERS

Autopsy performed in the presence of autopsy staff.

## EXTERNAL EXAMINATION

The body is that of a normally developed, well-nourished, 38-year-old, white man measuring 67" in length and weighing 165 pounds. Identification tags are present.

| | |
|---|---|
| Head – | The scalp hair is light brown, straight, and 1½" in length on the vertex. The irides are blue and the sclerae and conjunctivae are congested. The nose, ears, mouth and lips are normally formed with one pierce hole in each lobe. The teeth are natural. Lower lip hair is present. |
| Neck – | There is no evidence of scarring. |
| Chest – | There is no evidence of scarring. |
| Abdomen – | There is no evidence of scarring or trauma. |
| Upper extremities – | Normally formed with intact fingernails. |
| Lower extremities – | There is no evidence scarring. |
| External genitalia / perineum – | The penis, scrotum, and anus are normally formed and without evidence of injury. |
| Back – | There is no evidence of scarring or trauma. |
| Rigor mortis – | There is generalized rigidity of the body. |
| Livor mortis – | Blanching lividity is present on the posterior surfaces. |
| Algor mortis – | The body is cool. |
| Decomposition – | None except for slight drying of the sclerae |

## SCARS/TATTOOS

A ½" x ⅛" scar is on the right forehead, ¼" x ½", and 1" x 1½" on the right posterior forearm. A cherry tattoo is on the right lower abdomen.

## CLOTHING

The decedent is clothed in a ribbed, black, A-shirt, Dolce and Gabbana brand, size S; blue jeans, paper, denim and cloth brand, 31325; leather "cock ring"; and with brown boots, Reaction brand. White tube socks are described below.

## MEDICAL INTERVENTION (EXTERNAL AND INTERNAL)

Four EKG tabs are present on the body.

08/30/2004 10:20 FAX 4106380480     Harford Sanitation     ☒005

## AUTOPSY PROCEDURE

1. The body is opened using the standard Y-shaped incision of the anterior torso and the head is opened with the usual U-shaped incision of the scalp. The pelvic organs are eviscerated separately, en *bloc*.
2. A layer-by-layer dissection of the neck is performed after evisceration of the head and torso, and following adequate passive drainage of the vasculature of the head and neck.
3. Routine samples are collected and submitted for toxicological analysis (see separate report). Samples tissues have been retained in formalin.
4. Selected photographs have been prepared and retained.

## EVIDNENCE OF INJURY (EXTERNAL AND INTERNAL)

HANGING: There is an abraded furrow about the neck. The inverted 'V' is present on the posterior head. The furrow is located 2" inferior from the chin in the anterior midline, 3¼" inferior from the right and left external auditory canal line, and 7" inferior from the top of the head in the posterior midline with the 'V' 2¾" to the left midline. The abraded furrow measures from 3 1/6" on the right side of the neck to 5/16" on the left side to ⅛" at the back of the neck. Examination of the neck structures following adequate passive drainage of the head and chest reveals no intramuscular hemorrhage, just compression and drying. The hyoid bone and laryngeal structures are intact. There are rare petechial hemorrhages of the tracheal mucosa. The head is very congested.

The ligature consists of two white tube socks that have been tied together. One portion measures 19"x3". The second portion measures 6"x 2¼". The portion that has been cut has one side measuring 3"x3" and the other 2½" x 2".

BLUNT TRAUMA: There is a 2"x ½" dry yellow abrasion of the left lateral chest wall located 21¾" inferior from the top of the head and 1" anterior to the lateral midline. Inferior to this is 3"x2" blue contusion with extension into the subcutaneous tissues. No rib fractures are identified. A focal ½" subpleural area of hemorrhage is present on the left lung. There is a 1" x ¾" of red purple contusion of the right shin located 9½" superior from the heel and ½" to the left of midline. Subcutaneous hemorrhage is present. Examination of the posterior torso and extremities through standard incisions reveals a 1"x1"x ¼" area of hemorrhage of the left lower back and 3"x ½" x ¼" of the right lower back. A 1"x1"x ½" area of subcutaneous hemorrhage is located on the left posterior lateral thigh and 2"x1"x ¼" of the right posterior medial thigh. There are ⅛" abrasions of the left thumb and 1/16" of the left posterior index finger.

04-1745
TERENCE ANTHONY POWERS

## INTERNAL EXAMINATION (EXCLUSIVE OF INJURY)

BODY CAVITIES:

| | |
|---|---|
| Pericardium & cavity – | Free of fluid or adhesions. |
| Pleura & cavities – | Free of fluid or adhesions. |
| Peritoneum & cavity – | Free of fluid or adhesions. |
| Mediastinum – | No localized lesions or hemorrhage. |
| Diaphragm – | Unremarkable. |
| Retroperitoneum – | Free of hemorrhage. |

CARDIOVASCULAR SYSTEM:

| | |
|---|---|
| Heart – | 360 grams. The external configuration of the heart is unremarkable; the epicardium is smooth and intact. |
| Coronary ostia & arteries – | Right dominant distribution. The coronary arteries have the usual anatomical course with 50% – 60% stenosis of the proximal left anterior descending by eccentric atherosclerotic plaque formation. No plaque hemorrhage or thrombi are present. |
| Aortic arch – | The arteries are patent and have the usual anatomic distribution. |
| Atria – | The atria are not dilated and are free of lesions or mural thrombus. |
| Cardiac valves – | Normally placed without vegetations or perforations. |
| Right ventricle – | Not dilated; the wall is not thickened. |
| Left ventricle – | The chamber is unremarkable and the aortic outflow tract is unobstructed. The myocardium is thickened (1.5 cm) without gross lesions. |
| Aorta – | Minimal to moderate atherosclerosis mainly in the abdominal portion. |
| Vena cavae – | Unremarkable. |

RESPIRATORY SYSTEM:

| | |
|---|---|
| Bronchi & carina – | Unremarkable. |
| Right lung – | 630 grams. There is moderate edema and congestion without consolidation, masses, or pulmonary thromboemboli. |
| Left lung – | 350 grams; as above. |

DIGESTIVE SYSTEM:

| | |
|---|---|
| Esophagus – | Patent and unremarkable. |
| Stomach contents – | 50 ml of red brown fluid without grossly recognizable material. |
| Gastric mucosa – | Marked congestion without perforations or ulcerations. |

04-1745
TERENCE ANTHONY POWERS                                     Page 5 of 6

| | |
|---|---|
| Intestine – | The small bowel and colon are not obstructed or perforated. |
| Appendix – | Present. |
| Liver – | 2070 grams; homogeneous and soft cut surface. |
| Gall bladder – | Present with 10 ml of bile and no gallstones present. |
| Pancreas – | Tan lobulated cut surface with punctate parenchyma hemorrhage. |

GENITOURINARY SYSTEM:

| | |
|---|---|
| Right kidney – | 150 grams. There is a non-adherent capsule and the cortical surface is smooth. The cut surface reveals cortex and medulla without gross lesions. The renal pelvis is unremarkable. |
| Left kidney – | 170 grams; as above. |
| Urine – | 10 ml. |
| Urinary bladder – | Unremarkable. |
| Prostate gland – | Not enlarged and without focal lesions. |
| Testes – | Present in the scrotum and without localized lesions. |

HEMOLYMPHATIC SYSTEMS:

| | |
|---|---|
| Spleen – | 150 grams with increased white pulp. |
| Lymph nodes – | The lymph nodes are enlarged overactive cut surface. |

MUSCULOSKELETAL SYSTEM:

| | |
|---|---|
| Bones – | The bones visualised in the body cavities are unremarkable. |
| Skeletal muscles – | The cut surfaces of the skeletal muscles are described above. |

ENDOCRINE SYSTEM:

| | |
|---|---|
| Pituitary gland – | Not enlarged. |
| Thyroid gland – | Unremarkable. |
| Adrenal glands – | Unremarkable. |

NECK:

| | |
|---|---|
| Subcutis tissues – | As described above. |
| Strap muscles – | As described above. |
| Tongue – | Normally formed. |
| Hyoid bone – | Not fractured. |
| Larynx – | The thyroid and cricoid cartilage has no injuries or fractures. The mucosa is described above; the epiglottis is unremarkable. |

04-1745  
TERENCE ANTHONY POWERS

Page 6 of 6

Trachea –           Normally formed.

HEAD AND CENTRAL NERVOUS SYSTEM:

Scalp –             No significant injuries or hemorrhage.
Skull –             Not fractured.
Brain (weight) –    1230 grams.
Dura –              The epidural and subdural spaces are free of hemorrhage. The dura mater and falx are unremarkable.
Arachnoid –         The subarachnoid space is free of hemorrhage or exudates. The leptomeninges are thin and delicate.
Circle of Willis –  Usual anatomic distribution without atherosclerosis or aneurysms.
Brain (external) –  Cerebral hemispheres are symmetrical with a moderately edematous gyral pattern. The brainstem and cerebellum are normally formed.
Brain (internal) –  Serial sections cerebellum reveals normally formed gray and white matter structures without focal lesions.

_____                _____
Constance R. DiAngelo, MD                                 8/16/04
Deputy Medical Examiner                                 Date Signed

CRD:rj



GOVERNMENT OF THE DISTRICT OF COLUMBIA
OFFICE OF THE CHIEF MEDICAL EXAMINER
1910 Massachusetts Avenue, S.E., Bldg. 27
Washington, D.C. 20003

Toxicology Laboratory

## TOXICOLOGY REPORT

### CASE IDENTIFICATION

Agency:             OCME
Agency Number:      04-01745
Name:               POWERS, Terrence

Report Date:        08-18-2004
Toxicology Number:  TX04-0682
ME:                 CRD

### SPECIMEN(S) RECEIVED

Subclavian blood (2), heart blood (2), urine, bile, vitreous, liver, brain, gastric
Date Received:      07-16-2004

### RESULTS

Subclavian blood and vitreous were analyzed by headspace gas chromatography for the presence of ethanol, acetone, methanol, and isopropanol. The following volatile(s) were detected:
**Ethanol**          Blood 0.09 g/100 mL        Vitreous 0.12 g/100 mL

Subclavian blood was screened by enzyme immunoassay for the presence of amphetamines, barbiturates, benzodiazepines, cocaine metabolites, methadone, methamphetamines, opiates, phencyclidine and propoxyphene. The following drug(s) were detected:
**Blood was presumptive positive for** *cocaine metabolites*

Subclavian blood was screened by gas chromatography-mass spectrometry for the presence of basic drugs. The following drug(s) were detected:
Cocaine
Cocaethylene
Ecgonine methyl ester
Ecgonine ethyl ester
Nicotine
Caffeine

Subclavian blood was analyzed by gas chromatography-mass spectrometry for cocaine and benzoylecgonine. The following result(s) were obtained:
Cocaine             Blood  0.21 mg/L
Benzoylecgonine     Blood  1.22 mg/L


RORY M. DOYLE, M.Sc.
Deputy Chief Toxicologist, OCME

FIONA J. COUPER, Ph.D.
Chief Toxicologist, OCME

08/16/2004 18:00 FAX 4106380400    Harford Sanitation                    ⌀009

## GOVERNMENT OF THE DISTRICT OF COLUMBIA — DEPARTMENT OF HUMAN SERVICES
### CERTIFICATE OF DEATH    File Number 108-

| 1. DECEDENT'S NAME (First, Middle, Last) | 2. SEX | 3a. DATE OF DEATH (Month, Day, Year) | 3b. HOUR OF DEATH |
|---|---|---|---|
| TERENCE ANTHONY POWERS | MALE | JULY 15, 2004 | 8:35 AM |

| 4. SOCIAL SECURITY NUMBER | 5a. AGE-Last Birthday (Years) | 5b. UNDER 1 YEAR Months Days | 5c. UNDER 24 HOURS Hours Minutes | 6. DATE OF BIRTH (Month, Day, Year) | 7. BIRTHPLACE (City and State or Foreign Country) |
|---|---|---|---|---|---|
| * | | | | | |

### RETURN FROM PLACE OF DISPOSAL

Respectfully returned to the Vital Records Branch, Department of Human Services, 425 I Street, N.W., District of Columbia, in compliance with required law.

Method of disposal:   ☐ Burial    ☐ Cremation    ☐ Anatomical    ☐ Transit

Cemetery or Crematory Authority shall fill out section below:

The deceased named above was buried ( ) cremated ( ) in the cemetery or crematory

named in item 20c. Burial was in Section _____ Lot _____ Grave _____

Signature _____

Official Title _____

Date Signed _____

| 21a. SIGNATURE OF FUNERAL DIRECTOR | 21b. LICENSE NUMBER (of Licensee) | 22. NAME AND ADDRESS OF FACILITY |
|---|---|---|
| [signature] | 724 | |

| 23a. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER? (Yes or No)  If Yes, Type Med. Ex. Name | 23b. DATE | 24. IF DECEDENT WAS MARRIED WOMAN, ENTER MAIDEN NAME (First, Middle, Last) |
|---|---|---|
| CONSTANCE R. DIANGELO, M.D. | 07-15-04 | |

25. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest shock, or heart failure. List only one cause on each line.

IMMEDIATE CAUSE (Final disease or condition resulting in death)    a. HANGING

DUE TO (OR AS A CONSEQUENCE OF): b. _____

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST

DUE TO (OR AS A CONSEQUENCE OF): c. _____

DUE TO (OR AS A CONSEQUENCE OF): d. _____

Approximate Interval Between Onset and Death

PART II: Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

26a. WAS AN AUTOPSY PERFORMED? (Yes or no) YES
26b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? YES

| 27. MANNER OF DEATH | 28a. DATE OF INJURY (Month, Day, Year) | 28b. TIME OF INJURY | 28c. INJURY AT WORK? (Yes or no) | 28d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|---|
| ☐ Natural ☐ Pending Investigation ☐ Accident ☒ Suicide ☐ Could not be Determined ☐ Homicide | JULY 15, 2004 | UNKNOWN | NO | HANGED SELF |

28e. PLACE OF INJURY — At home, farm, street, factory, office building, etc. (Specify) HOLDING CELL
28f. LOCATION (Street and Number or Rural Route Number, City or Town State) 1624 V STREET NORTHWEST WDC

29. I certify that I (this hospital) attended the deceased from _____ 20____ to _____ 20____ that I (we) last saw the deceased alive on _____ and that death occurred from the causes and on the date and hour stated above.

| 30a. SIGNATURE | ☐ ATTENDING PHYS. ☐ MEDICAL DIRECTOR ☐ STAFF PHYS. | 30b. DATE SIGNED |
|---|---|---|
| [signature] | | JULY 15, 2004 |

30c. PHYSICIAN'S NAME (type) CONSTANCE R. DIANGELO, M.D.    MEDICAL EXAMINER, D.C.

REMARKS: 04-01745

Authority For Cremation Granted By: _____   Medical Examiner _____   Date _____

* IF UNDER 4 YEARS, ENTER PLACE OF BIRTH—HOSPITAL OR ADDRESS IF NOT IN HOSPITAL

159 3/01

08/18/2004 18:00 FAX 4106380480     Harford Sanitation
08/01/2004 19:08  7039718143        MFS INC                                                    ☒008

# CERTIFICATE OF DEATH — GOVERNMENT OF THE DISTRICT OF COLUMBIA — DEPARTMENT OF HUMAN SERVICES

File Number 108-

| Field | Entry |
|---|---|
| 1. Decedent's Name | TERENCE ANTHONY POWERS |
| 2. Sex | MALE |
| 3a. Date of Death | JULY 15, 2004 |
| 3b. Hour of Death | 8:35 AM |
| 8b. Facility Name | OFFICE OF THE CHIEF MEDICAL EXAMINER |
| 9c. City, Town, or Location of Death | WASHINGTON, D.C. |
| 23. Referred to Medical Examiner — Name | CONSTANCE R. DIANGELO, M.D. |
| 23b. Date | 07-15-04 |
| 25. Part I — Immediate Cause | HANGING |
| 26a. Autopsy Performed? | YES |
| 26b. Autopsy Findings Available Prior to Completion of Cause of Death? | YES |
| 27. Manner of Death | Suicide |
| 28a. Date of Injury | JULY 15, 2004 |
| 28b. Time of Injury | UNKNOWN |
| 28c. Injury at Work? | NO |
| 28d. Describe How Injury Occurred | HANGED SELF |
| 28e. Place of Injury | HOLDING CELL |
| 28f. Location | 1624 V STREET NORTHWEST WDC |
| 30a. Signature | [signature] MEDICAL EXAMINER, D.C. |
| 30b. Date Signed | JULY 15, 2004 |
| 30c. Decedent's Name (Also) | CONSTANCE R. DIANGELO, M.D. |
| 31. Remarks | 04-01745 |

COPY - VITAL RECORDS