IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, Individually, and as Personal Representative of the ESTATE OF TERENCE ANTHONY POWERS 1102 Sunset Drive Bel Air, Maryland 21401<br><br>Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA<br><br>Serve On:<br>Anthony A. Williams, Mayor District of Columbia John A. Wilson Building 1350 Pennsylvania Avenue, N.W. Washington, D.C. 20004<br><br>and<br><br>Gladys Herring Office of the Secretary John A. Wilson Building 1350 Pennsylvania Avenue, N.W. Suite 419 Washington, D.C. 20004<br><br>and<br><br>Darlene Fields Office of the Attorney General for the District of Columbia 441 4th Street, N.W. Washington, D.C. 20001<br><br>CHIEF CHARLES H. RAMSEY Chief of Police Washington Metropolitan Police Department 300 Indiana Avenue, N.W. Washington, D.C. 20001 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* Case No. 2006 CA 005391 B<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

COMMANDER LARRY D. McCOY                    *
Washington Metropolitan Police Department   *
3rd District                                *
1624 V Street, N.W.                         *
Washington, D.C.      20009                 *
                                            *
WATCH COMMANDER                             *
Washington Metropolitan Police Department   *
3rd District                                *
1624 V Street, N.W.                         *
Washington, D.C.      20009                 *
                                            *
SARGENT R.W. GAMBLE                         *
Washington Metropolitan Police Department   *
3rd District                                *
1624 V Street, N.W.                         *
Washington, D.C.      20009                 *
                                            *
MARK J. SULLIVAN, DIRECTOR                  *
United States Secret Service                *
245 Murray Drive                            *
Building 410                                *
Washington, D.C. 20223                      *
                                            *
CHIEF OF THE UNIFOMED DIVISION              *
United States Secret Service                *
245 Murray Drive                            *
Building 410                                *
Washington, D.C. 20223                      *
                                            *
OFFICER MICHAEL BURDYN                      *
United States Secret Service                *
Uniformed Division                          *
245 Murray Drive                            *
Building 410                                *
Washington, D.C. 20223                      *

SERGEANT B. GILES                    *
United States Secret Service         *
Uniformed Division                   *
245 Murray Drive                     *
Building 410                         *
Washington, D.C. 20223               *
                                     *
    Defendants.              *

\* · \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AFFIDAVIT OF SERVICE

JAMES F. BOYD, being first duly sworn on oath according to law, deposes and says: that I caused to be personally served by hand delivery, Initial Order, Summons [issued by the Court on 7/14/06 ] Line of Appearance, Complaint for Civil Rights, Other Causes of Action and Damages, and Jury Demand, to Michael Meenan, Esquire, General Counsel/Attorney Advisor, [white male, 35 years, 5'10", 190 pounds, black hair], on behalf of Sgt. B. Giles, U.S. Secret Service, on August 9, 2006 at 9:45 a.m. The address at which service was affected was U.S. Secret Service Division, Uniform Division, 950 H Street, N.W., Washington, D.C.

    I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF AND DO FURTHER AFFIRM THAT I AM A COMPETENT PERSON OVER 18 YEARS OF AGE AND NOT A PARTY TO THE CASE.

_____
JAMES F. BOYD
BAR Services, Inc.
14605 Elm Street
P.O. Box 1782
Upper Marlboro, MD 20772
(301) 261-5557

Date: 9/07/06
Cc: M. Celeste Bruce, Esquire

STATE OF MARYLAND   ) ss:
COUNTY OF Prince Georges )

    I HEREBY CERTIFY that, on this 7th day of September, 2006, before me, the subscriber, a Notary Public in and for the State of Maryland, personally appeared JAMES F. BOYD, and acknowledged the foregoing Affidavit of Service to be his act. AS WITNESS my hand and Notarial Seal.

_____
Notary Public
My Commission Expires: 02/17/09

LATONYA F. BREWER
Notary Public
Prince George's County
MARYLAND
My Commission Expires February 17, 2009