IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, Individually, <br> And as Personal Representative of the <br> ESTATE OF TERENCE ANTHONY POWERS <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.* <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * Case No. 06-1586 (RMC) |

## AFFIDAVIT

JAMES F. BOYD, being first duly sworn on oath according to law, deposes and says: that at the time of service by hand delivery of the U.S. Secret Service Agents, I personally went to the U.S. Secret Service, Uniform Division, 245 Murray Drive, Building 410, Washington, D.C. 20223. I was informed that Michael Meenan, Esquire, General Counsel/Attorney Advisor, U.S. Secret Service, Uniform Division, 950 H Street, N.W., Washington, D.C., was authorized to accept service on behalf of the individual U.S. Secret Service Agents, Officer Michael Burdyn and Sergeant B. Giles. Michael Meenan represented to me that he was authorized to accept service on behalf of the individual agents. Mr. Meenan was served by hand-delivery with the Initial Order, Summons, Line of Appearance, Complaint and Jury Demand for Sergeant B. Giles and Officer Michael Burdyn with the United States Secret Service. Prior to accepting service, Mr. Meenan reviewed the aforementioned documents and confirmed that he could accept service.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF AND DO FURTHER AFFIRM THAT I AM A COMPETENT PERSON OVER 18 YEARS OF AGE AND NOT A PARTY TO THE CASE.

_____
JAMES F. BOYD
BAR Services, Inc.
14605 Elm Street
P.O. Box 1782
Upper Marlboro, Maryland 20772
(301) 261-5557

Date: 1/17/07
cc:   M. Celeste Bruce, Esquire
STATE OF MARYLAND            )
COUNTY OF                    )

I HEREBY CERTIFY that, on this 17 day of January, 2007, before me, the subscriber, a Notary Public in and for the State of Maryland, personally appeared JAMES F. BOYD, and acknowledged the foregoing Affidavit to be his act. AS WITNESS my hand and Notarial Seal.

_____
Notary Public
My Commission Expires: 7/13/09

ERNEST J. LIBERATI
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires July 13, 2009