**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, Individually, and as Personal Representative of the ESTATE OF TERENCE ANTHONY POWERS | ) ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 06-1586 (RMC) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.,* | ) |
| | ) |
| | ) |
| Defendants, | ) |
| | ) |

**DISTRICT DEFENDANTS' CONSENT MOTION TO HAVE UNTIL JANUARY 31, 2007 TO FILE A REPLY TO THE PLAINTIFF'S OPPOSITION TO THE DISTRICT DEFENDANTS' MOTION TO DISMISS, OR ALTERNATIVELY, FOR SUMMARY JUDGMENT**

The District Defendants, District of Columbia, Chief Charles H. Ramsey, Commander Larry D. McCoy and Sergeant Regina W. Gamble, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby ask this Court to allow them until January 31, 2007 to file a Reply to the Plaintiff's Opposition to the District defendants' Motion to Dismiss or Alternatively, for Summary Judgment. A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto.

On January 18, 2007, undersigned counsel left a voicemail message for M. Celeste Bruce, Esq., counsel for the plaintiff, seeking her consent to the relief requested herein. Also on this same date, undersigned counsel received a voicemail message from Ms. Bruce, indicating that she consented to the relief requested herein.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III


_____/s/_____
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, Individually, ) | |
| and as Personal Representative of the ) | |
| ESTATE OF TERENCE ANTHONY POWERS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-1586(RMC) |
| ) | |
| DISTRICT OF COLUMBIA, *at al.,* ) | |
| ) | |
| ) | |
| Defendants, ) | |
| ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT DEFENDANTS' CONSENT MOTION TO HAVE UNTIL JANUARY 31, 2007 TO FILE A REPLY TO THE PLAINTIFF'S OPPOSITION TO THE DISTRICT DEFENDANTS' MOTION TO DISMISS, OR ALTERNATIVELY, FOR SUMMARY JUDGMENT**

This Court should grant the District defendants' request to have until January 31, 2007 to file their Reply to the Plaintiff's Opposition to their Motion to Dismiss or Alternatively for Summary Judgment, for the following reasons:

1. The plaintiff filed suit in the Superior Court of the District of Columbia on July 14, 2006.  On September 13, 2006, the District filed a Notice of Removal to Federal District Court.

2. On December 6, 2006, the District defendants filed a comprehensive Motion to Dismiss, or Alternatively, for Summary Judgment.

3. On January 17, 2007, the plaintiff filed a lengthy reply, addressing the District defendants' constitutional and common law arguments.

4. The District defendants need an opportunity to review the issues raised in the plaintiff's Opposition in order to draft a thorough reply.  Due to the press of business, the District defendants will not be able to file a Reply within 5 business days, as permitted by Local Rule

7(d). The District defendants submit that an extra week, until January 31, 2007, would be a sufficient amount of time within which to file their Reply.

5. The plaintiff will not be prejudiced because the District defendants are only requesting an additional week to file their Reply. Additionally, counsel for the plaintiff consents to this brief extension.

6. Fed. R. Civ. P. 6(b) gives the Court authority to grant the parties additional time to come into compliance with any deadline imposed by other enumerated rules.[1] The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976). Given the above-mentioned circumstances, the District defendants submit that this is good cause to grant the requested relief.

WHEREFORE, for the reasons stated herein, the District defendants respectfully request the relief sought herein.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III

_____/s/_____
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306

---

[1] Rule 6(b) lists certain exceptions—Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)—none of which are applicable herein.

Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PATRICIA A. POWERS-BUNCE, Individually,   )
and as Personal Representative of the   )
ESTATE OF TERENCE ANTHONY POWERS   )
    )
       Plaintiff,   )
    )
    v.   )  Civil No. 06-1586(RMC)
    )
DISTRICT OF COLUMBIA, *at al.,*   )
    )
    )
       Defendants,   )
    )

**ORDER GRANTING DISTRICT DEFENDANTS' CONSENT MOTION TO HAVE
UNTIL JANUARY 31, 2007 TO FILE A REPLY TO THE PLAINTIFF'S OPPOSITION
TO THE DISTRICT DEFENDANTS' MOTION TO DISMISS, OR ALTERNATIVELY,
FOR SUMMARY JUDGMENT**

       Based on the District defendants' motion, and the facts and law considered, it is this _____

day of _____ 2007,

       HEREBY ORDERED that the District defendants' motion is GRANTED; it is

       FURTHER ORDERED that the District defendants shall file a Reply no later than

January 31, 2007.



                     _____
                     The Honorable Rosemary M. Collyer
                     United States District Court