UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-1586 (RMC) |

CONSENT MOTION FOR AN EXTENSION
OF TIME TO FILE A REPLY TO PLAINTIFF'S
OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO DISMISS

Federal Defendants, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, with the consent of Counsel for the Plaintiff, M. Celeste Bruce, Esquire, hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a reply to Plaintiff's Opposition to Federal Defendants' Motion to Dismiss, from January 29, 2007, up to and including February 2, 2007. In support of this motion, Federal Defendants submit and rely upon the following memorandum in support.

Several reasons necessitate this request for an extension of time. Counsel for Federal Defendants has had to devote an extensive amount of time to post-remand litigation in Negley v. Federal Bureau of Investigation, 03-2126 (GK) – conferring with the agency client and responding to court requests for information. Counsel additionally has had to prepare filings in two cases involving *pro se* litigants: (1) Rahman v. Johanns, Civ. No. 06-1283 (JDB) and (2) Ruston v. Riggs, Civ. No. 06-00782 (RMU). Counsel further filed an Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint in Johnson v. Government of the District of Columbia, 02-2364 (RMC) on January 23, 2007. Counsel must also prepare for and attend the pretrial

conference in Worthey v. Paulson, 04-1244 (RCL) on January 29, 2007.  In addition, Counsel has an oral argument before the U.S. Court of Appeals for the District of Columbia in Sherer v. United States of America, No. 05-5397 on February 5, 2007.  These and other litigation demands necessitate this requested extension.  Accordingly, Federal Defendants seek an extension of time to file a reply to Plaintiff's Opposition to Federal Defendants' Motion to Dismiss up to and including February 2, 2007.

    WHEREFORE, Federal Defendants submit that this consent motion for an extension of time to file a reply to Plaintiff's Opposition to Federal Defendants' Motion to Dismiss should be granted.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY
    D.C. BAR NUMBER 498-610

By:     _____/s/_____
    OLIVER W. MCDANIEL, D.C. Bar No. 377-360
    Assistant United States Attorney
    Civil Division
    555 4th Street, N.W.
    Washington, D.C.  20530
    (202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2007, I caused the foregoing Consent Motion for an Extension of Time to File Reply to Plaintiff's Opposition to Federal Defendants' Motion to Dismiss, and proposed order, to be served on Counsel for the Plaintiff by the Electronic Case Filing system or, if this means fails, then by mail, postage prepaid, addressed as follows:

M. Celeste Bruce, Esq.
RIFKIN, LEVINGSTON, LEVITAN & SILVER, LLC
6305 Ivy Lane
Suite 500
Greenbelt, MD 20770

                                            /s/
                        OLIVER W. MCDANIEL, D.C. BAR # 377360
                        Assistant United States Attorney
                        Civil Division
                        555 Fourth Street, N.W.
                        Washington, D.C. 20530
                        (202) 616-0739