## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | )  |
|---|---|
| **PATRICIA A. POWERS-BUNCE** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-1586 (RMC) |
| | ) |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

Upon consideration of Federal Defendants' Consent Motion for an Extension of Time to File a Reply to Plaintiff's Opposition to Federal Defendants' Motion to Dismiss, and the entire record of this case, it is hereby

ORDERED that Federal Defendants' Consent Motion for an Extension of Time, be GRANTED, and it is

FURTHER ORDERED that, Defendant shall have up to and including February 2, 2007, to file a Reply to Plaintiff's Opposition to Federal Defendants' Motion to Dismiss.

Date this _____ day of _____, 2007.

_____
United States District Judge

Copies to:

Oliver W. McDaniel,
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

M. Celeste Bruce, Esq.
RIFKIN, LEVINGSTON, LEVITAN & SILVER, LLC
6305 Ivy Lane
Suite 500
Greenbelt, MD 20770