UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-1586 (RMC) |

**NOTICE OF FILING EXHIBITS IN SUPPORT OF**
**FEDERAL DEFENDANTS' MOTION TO DISMISS**

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully notifies the Court and Counsel of the filing of the attached exhibits referenced in Defendant's Memorandum of Points and Authorities in Support of Federal Defendants' Motion to Dismiss.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By:  _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739

January 25, 2007