# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE,<br>Individually and as Personal Representative<br>of the Estate of Terence Anthony Powers<br><br>        Plaintiff<br><br>    v.<br><br>THE DISTRICT OF COLUMBIA<br>CHIEF, CHARLES H. RAMSEY<br>COMMANDER LARRY D. McCOY<br>  Washington Metropolitan Police Department<br>  3rd District<br>WATCH COMMANDER<br>  Washington Metropolitan Police Department<br>  3rd District<br>SERGEANT R.W. GAMBLE<br>  Washington Metropolitan Police Department<br>  3rd District<br>MARK J. SULLIVAN, DIRECTOR<br>CHIEF OF THE UNIFORMED DIVISION<br>  U.S. Secret Service<br>OFFICER MICHAEL BURDYN<br>SERGEANT B. GILES<br>  U.S. Secret Service<br>  Uniformed Division<br><br>        Defendants. | Civil Action No. 06-1586 (RMC) |

## CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in the above-captioned matter and that, on the basis of the allegations of the Complaint and the information now available to me

with respect to the incidents alleged therein, I find that Defendants Mark J. Sullivan, Director, U.S. Secret Service (USSS), the Chief of the USSS - Uniformed Division ("UD") (whom Plaintiff does not name or otherwise identify), USSS - UD Officer Michael Burdyn and USSS - UD Sergeant B. Giles were acting within the scope of their employment as employees of the United States at the time of the events alleged in the Complaint.

12/7/2006
DATE

                                                                  _____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney
Chief, Civil Division