# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, Individually, and as Personal Representative of the ESTATE OF TERENCE ANTHONY POWERS<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 06-1586 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF LIEUTENANT WILLIAM O'CONNOR

1. My name is Lieutenant William O'Connor. I have been employed by the Metropolitan Police Department for 19 years.

2. I am currently assigned to the Records Branch. My duties there include supervising a staff which is responsible for receiving, sorting, and filing police documents to include all P.D. Form 251, the Incident-Based Event Report.

3. I reviewed the documents listed as Exhibit 1 to the plaintiff's Opposition to the District defendants' Motion to Dismiss, or Alternatively, for Summary Judgment. From my review of Exhibit 1, I can see that it is two documents, a P.D. Form 251 and a separate handwritten document (dated November 3, 2004).

4. I am very familiar with the P.D. Form 251, which is also called an Incident-Based Event Report. It is a 4-page, computer print-out document that officers use to describe an incident that has occurred. Notably, the CCN number is on every page of the P.D. Form 251.

1

5. If an officer needs more space to complete the narrative section on page 3 of the P.D. Form 251, there is a supplemental form, called P.D. Form 251-A, that can be used.

6. After reviewing plaintiff's Exhibit 1, I can state that the handwritten document, dated November 3, 2004, is not part of the P.D. Form 251. First, the handwritten document is not a P.D. Form 251, which is the proper form to be used if an officer needs additional pages to complete the narrative section. Second, there is no notation on the P.D. Form 251 that additional pages were to be included. Third, the handwritten document itself does not even reference the P.D. Form 251 or the CCN number, which is on every page of the P.D. Form 251.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing information is true and correct.

Lt. William O'Connor          Date  01/29/07

2