# EXHIBIT C

P.D. 251-A 2/85    Metropolitan Police Department    **CONTINUATION REPORT**    Washington, D.C.

| TYPE OF REPORT | | 1. DISTRICT | 2. BEAT | 3. GA | 4. ORIGINAL CLASSIFICATION | 5. COMPLAINT NUMBER |
|---|---|---|---|---|---|---|
| ☐ PD 251 Offense | ☐ PD 252 Classification Change | | | | | |
| ☐ Incident | ☐ Additional Information | | | | | |

For use in conjunction with PD Forms 251 and 252. Continue the narrative by referring to the specific item numbers being continued. If more space is needed, use additional continuation sheets. Indicate the page number at the bottom of each sheet.

# PD251-A

PAGE    OF    PAGES