UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICIA A. POWERS-BUNCE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-1586 (RMC) |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**FEDERAL DEFENDANTS' MOTION FOR AN EXTENSION
OF TIME TO FILE AN ANSWER OR
OTHER RESPONSE TO THE AMENDED COMPLAINT**

Federal Defendants, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a response to the Amended Complaint, from May 1, 2007, up to and including May 31, 2007. Counsel for the Defendant attempted to confer with Counsel for the Plaintiff, M. Celeste Bruce, Esquire, and James H. Vricos, Assistant Attorney General, concerning Plaintiff's and the District of Columbia Defendants' respective positions on the motion, but could not reach either concerning this requested extension. As grounds for this motion, Federal Defendants submit the following:

Several reasons necessitate this request for an extension of time. First, Counsel for the Federal Defendants needs additional time to determine just how to respond to the Amended Complaint, including whether to file a dispositive motion. Secondly, Counsel for the Federal Defendants has a very hectic schedule over the next month. Counsel for Federal Defendants has ongoing and active discovery production obligations in the class action suit, Hubbard v. Potter,

03-1062 (RJL/JMF). A hearing in Hubbard regarding discovery is scheduled in May 2007. Counsel additionally has a hearing to resolve a discovery dispute in Obrycki v. Perry, C.A. No. 05-0857 (RWR/JMF) on May 11, 2007. Counsel must file Appellant's brief in Canadian Commercial Corp. et al. v. Department of the Air Force, 06-5310 (D.C. Circuit) on May 22, 2007, and is currently scheduled to file a joint appendix and final brief in Patterson v. Johnson, 05-5415 (D.C. Circuit) on or before May 24, 2007. Further, Counsel for Federal Defendants must file Replies to Oppositions in Bragdon v. U.S.A., 06-00258 (JR) and Battle v. Peters, 06-5424 (U.S. Court of Appeals for the District of Columbia) on May 3, 2007 and May 23, 2007, respectively. These and other litigation demands necessitate this requested extension.

WHEREFORE, Federal Defendants submit that this motion for an extension of time up to and including May 31, 2007 to file a response to the Amended Complaint should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By: _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of April, 2007, I caused the foregoing Federal Defendants' Motion for an Extension of Time to File an Answer or Other Response to the Amended Complaint, and proposed order, to be served on Counsel for the Plaintiff and Counsel for the District of Columbia Defendants by the Electronic Case Filing system or, if this means fails, then by mail, postage prepaid, addressed as follows:

M. Celeste Bruce, Esq.
RIFKIN, LEVINGSTON, LEVITAN & SILVER, LLC
6305 Ivy Lane
Suite 500
Greenbelt, MD  20770

James H. Vricos
Assistant Attorney General for the
District of Columbia
One Judiciary Square
441 Fourth Street, N.W.
Washington, D.C.  20001

/s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739