UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICIA A. POWERS-BUNCE**  )<br>                                                                )<br>                        **Plaintiff,**        )<br>                                                                )<br>**v.**                                                      )  Civil Action No. 06-1586 (RMC)<br>                                                                )<br>**DISTRICT OF COLUMBIA,** *et al.*,   )<br>                                                                )<br>                        **Defendants.**   )<br>                                                                ) | |

**ORDER**

Upon consideration of Federal Defendants' Motion for an Extension of Time to File an Answer or Other Response to the Amended Complaint, and the entire record of this case, it is hereby

ORDERED that Federal Defendants' Motion for an Extension of Time, be GRANTED, and it is

FURTHER ORDERED that, Federal Defendants shall have up to and including May 31, 2007, to file an Answer or other response to the Amended Complaint.

Date this _____ day of _____, 2007.

_____
United States District Judge

Copies to:

Oliver W. McDaniel,
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

M. Celeste Bruce, Esq.
RIFKIN, LEVINGSTON, LEVITAN & SILVER, LLC
6305 Ivy Lane
Suite 500
Greenbelt, MD 20770

James H. Vricos
Assistant Attorney General for the
District of Columbia
One Judiciary Square
441 Fourth Street, N.W.
Washington, D.C. 20001