IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, Individually, and as Personal Representative of the ESTATE OF TERENCE ANTHONY POWERS | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil No. 06-1586 (RMC) ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) ) |
| Defendants, | ) ) |

**DISTRICT DEFENDANTS' CONSENT MOTION TO HAVE UNTIL MAY 31, 2007 TO FILE A RESPONSE TO THE FIRST AMENDED COMPLAINT**

The District Defendants, District of Columbia, Chief Charles H. Ramsey, Commander Larry D. McCoy and Sergeant Regina W. Gamble, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby ask this Court to allow them until May 31, 2007 to file a Response to the First Amended Complaint. A Memorandum of Points and Authorities in support of this Motion is attached hereto.

On April 27, 2007, undersigned counsel spoke to M. Celeste Bruce, Esq., counsel for the plaintiff, who indicated that she consented to the relief requested herein.[1]

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

---

[1] Ms. Bruce also indicated that she will likely file a Motion to File a Second Amended Complaint, which may moot out the relief requested herein. Undersigned counsel consented to that request.

        /s/
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III


        /s/
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, Individually, ) <br> and as Personal Representative of the ) <br> ESTATE OF TERENCE ANTHONY POWERS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, *at al.,* ) <br> ) <br> ) <br> Defendants, ) <br> ) | Civil No. 06-1586(RMC) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT
DEFENDANTS' CONSENT MOTION TO HAVE UNTIL MAY 31, 2007 TO FILE A
RESPONSE TO THE FIRST AMENDED COMPLAINT**

This Court should grant the District defendants' request to have until May 31, 2007 to file their Response to the First Amended Complaint for the following reasons:

1. The plaintiff filed suit in the Superior Court of the District of Columbia on July 14, 2006. On September 13, 2006, the District filed a Notice of Removal to Federal District Court. On December 6, 2006, the District defendants filed a comprehensive Motion to Dismiss, or Alternatively, for Summary Judgment. The Court granted in part and denied in part that Motion. The Court also directed plaintiff to file a more definite statement as to her constitutional claims against the individual District defendants by April 16, 2007.

2. According to the Court's electronic filing system, the plaintiff filed a First Amended Complaint on April 17, 2007. The First Amended Complaint included four counts that appear to be directed to all of the District defendants and included many facts that were not present in the original Complaint.

3. Undersigned counsel was not expecting a First Amended Complaint that included new counts in addition to the constitutional claim against the individual defendants. Therefore, undersigned counsel needs an opportunity to investigate the expanded factual scenario and potential issues raised in the First Amended Complaint.

4. Additionally, undersigned counsel is leaving the Civil Litigation Division of the Office of the Attorney General and transferring to the Office of General Counsel for the Child and Family Services Agency. Undersigned counsel's last day in this Division is Friday, April 27, 2007. However, because of undersigned counsel's familiarity with the case and the complex issues raised therein, undersigned counsel will continue to handle this case through the initial motions briefing.

5. The last two weeks have been very hectic and undersigned counsel has prepared approximately twenty cases for transfer to other attorneys and attempted to resolve all outstanding issues (including filing motions and responses to motions) in those cases prior to transfer.

6. Moreover, undersigned counsel does not know the extent of the workload in the new position and requests this extension in order to get adjusted to the new workload.

7. Additionally, counsel for the plaintiff consents to this brief extension.

8. Fed. R. Civ. P. 6(b) gives the Court authority to grant the parties additional time to come into compliance with any deadline imposed by other enumerated rules.[2] The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C.

---

[2] Rule 6(b) lists certain exceptions—Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)—none of which are applicable herein.

Cir. 1976). Given the above-mentioned circumstances, the District defendants submit that this is good cause to grant the requested relief.

WHEREFORE, for the reasons stated herein, the District defendants respectfully request the relief sought herein.

> Respectfully submitted,
>
> LINDA SINGER
> Acting Attorney General for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General
> Civil Litigation Division
>
> _____/s/_____
> PHILLIP A. LATTIMORE, III [422968]
> Section Chief
> General Litigation Section III
>
> _____/s/_____
> DANA K. DELORENZO
> Assistant Attorney General
> Bar Number 468306
> Sixth Floor South
> 441 4th Street, N.W.
> Washington, D.C. 20001
> (202) 724-6515
> (202) 727-3625 (fax)
> E-Mail: dana.delorenzo@dc.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, Individually, and as Personal Representative of the ESTATE OF TERENCE ANTHONY POWERS<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, *at al.,*<br><br>    Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 06-1586(RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING DISTRICT DEFENDANTS' CONSENT MOTION TO HAVE UNTIL MAY 31, 2007 TO FILE A RESPONSE TO THE FIRST AMENDED COMPLAINT**

Based on the District defendants' motion, and the facts and law considered, it is this ____

day of _____ 2007,

HEREBY ORDERED that the District defendants' motion is GRANTED; it is

FURTHER ORDERED that the District defendants shall file a response to the First

Amended Complaint no later than May 31, 2007.

_____
The Honorable Rosemary M. Collyer
United States District Court

4