IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, Individually, and as Personal Representative of the ESTATE OF TERENCE ANTHONY POWERS<br><br>      Plaintiff,<br><br>      v.<br><br>DISTRICT OF COLUMBIA, *et al.,*<br><br>      Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 06-1586 (RMC)<br>)<br>)<br>)<br>)<br>) |

**DISTRICT DEFENDANTS' MOTION TO HAVE UNTIL JUNE 20, 2007 TO FILE A RESPONSE TO THE FIRST AMENDED COMPLAINT**

     The District Defendants, District of Columbia, Chief Charles H. Ramsey, Commander Larry D. McCoy and Sergeant Regina W. Gamble, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby ask this Court to allow them until June 20, 2007 to file a Response to the First Amended Complaint. A Memorandum of Points and Authorities in support of this Motion is attached hereto.

     On May 25, 2007, undersigned counsel left a voicemail message for M. Celeste Bruce, Esq., counsel for the plaintiff. As of the date the instant motion was filed, undersigned counsel has not received a responsive telephone call from Ms. Bruce.

                                                                                 Respectfully submitted,

                                                                                 LINDA SINGER
                                                                                  Attorney General for the District of Columbia

                                                                                  GEORGE C. VALENTINE
                                                                                   Deputy Attorney General
                                                                                   Civil Litigation Division

                                                                             _____/s/_____

PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III


_____/s/_____
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, Individually, and as Personal Representative of the ESTATE OF TERENCE ANTHONY POWERS  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )  Civil No. 06-1586(RMC)<br>)<br>DISTRICT OF COLUMBIA, *at al.,*  )<br>)<br>)<br>Defendants,  )<br>_____)| |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT
DEFENDANTS' MOTION TO HAVE UNTIL JUNE 20, 2007 TO FILE A RESPONSE TO
THE FIRST AMENDED COMPLAINT**

This Court should grant the District defendants' request to have until June 20, 2007 to file their Response to the First Amended Complaint for the following reasons:

1. The plaintiff filed suit in the Superior Court of the District of Columbia on July 14, 2006. On September 13, 2006, the District filed a Notice of Removal to Federal District Court. On December 6, 2006, the District defendants filed a comprehensive Motion to Dismiss, or Alternatively, for Summary Judgment. The Court granted in part and denied in part that Motion. The Court also directed plaintiff to file a more definite statement as to her constitutional claims against the individual District defendants by April 16, 2007.

2. According to the Court's electronic filing system, the plaintiff filed a First Amended Complaint on April 17, 2007. The First Amended Complaint included four counts that appear to be directed to all of the District defendants and included many facts that were not present in the original Complaint.

3. On behalf of the District defendants, undersigned counsel asked for an extension of time, to May 31, 2007, to respond to the First Amended Complaint because it included new facts in addition to the constitutional claim against the individual defendants and these new facts would require further investigation.  In addition, undersigned counsel left the Civil Litigation Division of the Office of the Attorney General and transferred to the Office of General Counsel for the Child and Family Services Agency.  However, undersigned counsel indicated that she would continue to handle this case through the initial motions briefing because of her familiarity with the case and the complex issues raised therein.  The plaintiff consented to this request and the Court subsequently granted the request.

4. During undersigned counsel's April 27, 2007 telephone conversation with Ms. Bruce, counsel for the plaintiff, she indicated that she would file a Motion for Leave to File a Second Amended Complaint.  Ms. Bruce indicated that the Second Amended Complaint would include previously dismissed allegations against the individual District defendants and expand on the allegations in the First Amended Complaint.  Undersigned counsel consented to Ms. Bruce's request and indicated that, despite that consent, the District defendants did not waive any right to file a dispositive motion based on any allegations in the Second Amended Complaint.

5. On May 10, 2007, undersigned counsel spoke with Heather Pike, an assistant to Ms. Bruce.  Ms. Pike reiterated that a Motion for Leave to File a Second Amended Complaint would be filed, although she could not say when such a motion would be filed.

6. On May 23, 2007 and May 25, 2007, undersigned counsel left voicemail messages with Ms. Pike and Ms. Bruce, respectively, inquiring about the status of the Motion for Leave to File a

Second Amended Complaint, as the deadline for the District defendants to file a response to the First Amended Complaint is this Thursday, May 31, 2007.

7. Candidly, undersigned counsel has not prepared a response to the First Amended Complaint on behalf of these defendants because she reasonably relied on Ms. Bruce's and Ms. Pike's representations that a Motion for Leave to File a Second Amended Complaint – which would include a more comprehensive Second Amended Complaint – would be filed. It seems inefficient for undersigned counsel to file a response to the First Amended Complaint after she was informed by plaintiff's counsel that a somewhat different and more comprehensive Second Amended Complaint would be filed.

8. Additionally, undersigned counsel expects to be out of the office on June 7-8, 2007.

9. Accordingly, the District defendants respectfully request that they be given until June 20, 2007, to file a response to the First Amended Complaint.

10. None of the parties would be prejudiced by this request, particularly since undersigned counsel believes that the plaintiff intends to file a Motion for Leave to File a Second Amended Complaint.

11. Fed. R. Civ. P. 6(b) gives the Court authority to grant the parties additional time to come into compliance with any deadline imposed by other enumerated rules.[1] The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976). Given the above-mentioned circumstances, the District defendants submit that this is good cause to grant the requested relief.

---

[1] Rule 6(b) lists certain exceptions––Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)––none of which are applicable herein.

WHEREFORE, for the reasons stated herein, the District defendants respectfully request the relief sought herein.

                              Respectfully submitted,

                              LINDA SINGER
                              Attorney General for the District of Columbia

                              GEORGE C. VALENTINE
                              Deputy Attorney General
                              Civil Litigation Division

                                    /s/
                              PHILLIP A. LATTIMORE, III [422968]
                              Section Chief
                              General Litigation Section III

                                    /s/
                              DANA K. DELORENZO
                              Assistant Attorney General
                              Bar Number 468306
                              Sixth Floor South
                              441 4th Street, N.W.
                              Washington, D.C. 20001
                              (202) 727-7164
                              (202) 727-3625 (fax)
                              E-Mail: dana.delorenzo@dc.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, Individually, and as Personal Representative of the ESTATE OF TERENCE ANTHONY POWERS<br><br>  Plaintiff,<br><br>  v.<br><br>DISTRICT OF COLUMBIA, *at al.,*<br><br>  Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 06-1586(RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING DISTRICT DEFENDANTS' MOTION TO HAVE UNTIL JUNE 20, 2007 TO FILE A RESPONSE TO THE FIRST AMENDED COMPLAINT**

Based on the District defendants' motion, and the facts and law considered, it is this ____ day of _____ 2007,

HEREBY ORDERED that the District defendants' motion is GRANTED; it is

FURTHER ORDERED that the District defendants shall file a response to the First Amended Complaint no later than June 20, 2007.

```
_____
```
The Honorable Rosemary M. Collyer
United States District Court

5