UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PATRICIA A. POWERS-BUNCE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1586 (RMC) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### FEDERAL DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSE TO THE AMENDED COMPLAINT

Federal Defendants, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a response to the Amended Complaint, from May 31, 2007, up to and including June 20, 2007. Counsel for the Plaintiff, M. Celeste Bruce, has graciously consented to this requested extension. As grounds for this motion, Federal Defendants submit the following:

Several reasons necessitate this request for an extension of time. Counsel for the Federal Defendants must file Appellant's brief in Canadian Commercial Corp. *et al.* v. Department of the Air Force, 06-5310 (D.C. Circuit) on June 1, 2007.[1] The drafting this brief is taking much more time than originally anticipated. Counsel for Federal Defendants as well has ongoing and active discovery production obligations in two class action suits: (1) Hubbard v. Potter, 03-1062 (RJL/JMF) and (2) Johnson v. District of Columbia, *et al.*, 02-2364 (RMC). These responsibilities, coupled with other

---

[1] Counsel sought, but could not obtain, additional time to complete the brief in Canadian Commercial in order to obtain more time to complete the response in this case.

litigation obligations, that is, discovery deadlines in <u>Gilbert v. Chertoff</u>, 05-2128 (RJL) and <u>Negley v. Federal Bureau of Investigation</u>, 03-2126 (GK) and the filing of a joint appendix in <u>Patterson v. Johnson</u>, Appeal No. 05-5415 on May 25, 2007, have deprived Counsel of time otherwise available to complete the brief in <u>Canadian Commercial</u> and the response to the Amended Complaint in this case. These and other litigation demands necessitate this requested extension.

WHEREFORE, Federal Defendants submit that this motion for an extension of time up to and including June 20, 2007, to file a response to the Amended Complaint should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By:  _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2007, I caused the foregoing Federal Defendants' Motion for an Extension of Time to File an Answer or Other Response to the Amended Complaint, and proposed order, to be served on Counsel for the Plaintiff and Counsel for the District of Columbia Defendants by the Electronic Case Filing system or, if this means fails, then by mail, postage prepaid, addressed as follows:

M. Celeste Bruce, Esq.
RIFKIN, LEVINGSTON, LEVITAN & SILVER, LLC
6305 Ivy Lane
Suite 500
Greenbelt, MD  20770

James H. Vricos
Assistant Attorney General for the
District of Columbia
One Judiciary Square
441 Fourth Street, N.W.
Washington, D.C.  20001

                                                     /s/
                            OLIVER W. MCDANIEL, D.C. BAR # 377360
                            Assistant United States Attorney
                            Civil Division
                            555 Fourth Street, N.W.
                            Washington, D.C.  20530
                            (202) 616-0739