### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, Individually, ) | |
| and as Personal Representative of the ) | |
| ESTATE OF TERENCE ANTHONY POWERS ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil No. 06-1586 (RMC)** |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.,* ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## DECLARATION OF ASSISTANT CHIEF SHANNON COCKETT

1. My name is Assistant Chief Shannon Cockett. I have been employed by the Metropolitan Police Department ("MPD") for over twenty-five years.

2. I am currently assigned as the Human Services Officer to the Office of Human Services. My duties there include oversight of the human resource functions of the department including administration of the disciplinary processes for sworn and civilian personnel, hiring and recruiting functions for both sworn and civilian personnel, job analysis and classification, processing of personnel actions for staffing and operations, medical services for the sworn force, performance evaluations, specialized selection, promotional assessment and testing processes, as well as the Supervisory Support Program (SSP) of the Personnel Performance Management Program.

3. The MPD does not authorize the United States Secret Service to make arrests in the District of Columbia.

1

4. The MPD does not train, supervise, or otherwise control United States Secret Service personnel.

5. United States Secret Service personnel are not paid by the MPD or the District of Columbia.

6. The MPD or the District of Columbia has no power to hire or fire United States Secret Service personnel.

7. At or around July 15, 2004, there was no "Officer Burdyn" or "Officer Brudyn" or "Officer Michael Burdyn" on the MPD roster.

8. At or around July 15, 2004, there was no "Officer B. Giles" on the MPD roster. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing information is true and correct.

Assistant Chief Shannon Cockett                Date

2