UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PATRICIA A. POWERS-BUNCE | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1586 (RMC) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Defendants. | ) |

**FEDERAL DEFENDANTS' MOTION FOR A TWO-DAY
EXTENSION OF TIME TO FILE AN ANSWER OR
OTHER RESPONSE TO THE AMENDED COMPLAINT**

Federal Defendants, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a two-day extension of time within which to file a response to the Amended Complaint, from June 20, 2007, up to and including June 22, 2007. Counsel for the Plaintiff, M. Celeste Bruce, was unavailable when Counsel for the Defendant attempted to contact her concerning her position on this motion. As grounds for this motion, Federal Defendants rely upon the following memorandum in support.

The need to respond to unanticipated litigation demands in two cases, in part, has necessitated this requested extension. Counsel for the Federal Defendants had to respond to an emergency motion to file its brief under seal in Canadian Commercial Corp. *et al.* v. Department of the Air Force, 06-5310 (D.C. Circuit) on June 18, 2007. Secondly, Counsel for the Federal Defendants received a late notice of depositions in Jeffers v. Chao, et al., C.A. No. 03-1762 (RMC), concerning which he had to coordinate with agency counsel. Additionally, it has taken Counsel for

the Federal Defendants more time than anticipated to obtain necessary declarations in support of the dispositive motion to be filed in this case. These responsibilities, coupled with other litigation obligations, that is, ongoing and active discovery production obligations in two class action suits, (1) <u>Hubbard v. Potter</u>, 03-1062 (RJL/JMF) and (2) <u>Johnson v. District of Columbia, et al.</u>, 02-2364 (RMC) and the filing of a final brief in <u>Patterson v. Johnson</u>, Appeal No. 05-5415 on June 14, 2007, have deprived Counsel of time otherwise available to complete the dispositive motion being filed in this case.

WHEREFORE, Federal Defendants submit that this motion for a two-day extension of time up to and including June 22, 2007, to file a response to the Amended Complaint should be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2007, I caused the foregoing Federal Defendants' Motion for a Two-Day Extension of Time to File an Answer or Other Response to the Amended Complaint, and proposed order, to be served on Counsel for the Plaintiff and Counsel for the District of Columbia Defendants by the Electronic Case Filing system or, if this means fails, then by mail, postage prepaid, addressed as follows:

M. Celeste Bruce, Esq.
Rifkin, Levingston, Levitan & Silver, LLC
6305 Ivy Lane
Suite 500
Greenbelt, MD  20770

Dana K. DeLorenzo
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001

                                                /s/
                             OLIVER W. McDANIEL, D.C. BAR # 377360
                             Assistant United States Attorney
                             Civil Division
                             555 Fourth Street, N.W.
                             Washington, D.C.  20530
                             (202) 616-0739