UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PATRICIA A. POWERS-BUNCE** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| v. | ) Civil Action No. 06-1586 (RMC) |
|  | ) |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) |
|  | ) |
| **Defendants.** | ) |
|  | ) |

**ORDER**

Upon consideration of Defendant's Motion for a Four-Day Extension of Time to File an Answer or Other Response to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Consent Motion for an Extension of Time, be GRANTED, and it is

FURTHER ORDERED that, Defendant shall have up to and including December 12, 2006, to file an Answer or other response to the Complaint.

Date this _____ day of _____, 2006.

_____
United States District Judge

Copies to:

Oliver W. McDaniel,
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

M. Celeste Bruce, Esq.
RIFKIN, LEVINGSTON, LEVITAN & SILVER, LLC
6305 Ivy Lane
Suite 500
Greenbelt, MD 20770