IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, Individually, And as Personal Representative of the ESTATE OF TERENCE ANTHONY POWERS <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.* <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> *    Case No. 06-1586 (RMC) <br> * <br> * <br> * <br> * <br> * |

## OPPOSITION TO DISTRICT DEFENDANTS' MOTION TO DISMISS, OR ALTERNATIVELY, FOR SUMMARY JUDGMENT

COMES NOW Plaintiff Patricia A. Powers-Bunce, Individually, and as Personal Representative of the Estate of Terence Anthony Powers, and hereby Opposes Defendants' Motion to Dismiss, or alternatively, for Summary Judgment. A Memorandum of Points and Authorities in Support of Plaintiff's Opposition is attached hereto and incorporated herein.

           Respectfully Submitted,

           Rifkin, Livingston, Levitan & Silver, LLC

           /S/
           _____
           M. Celeste Bruce, Esquire
           Bar No.: 438343

           Ellen B. Flynn, Esquire
           Bar No.: 465355

           6305 Ivy Lane, Suite 500
           Greenbelt, Maryland 20770

           (301) 345-7700 phone
           (301) 345-1294 facsimile

Dated: June 22, 2007