UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PATRICIA A. POWERS-BUNCE** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 06-1586 (RMC) |
| **DISTRICT OF COLUMBIA, et al.,** | ) |
| **Defendants.** | ) |

**ORDER**

Upon consideration of Federal Defendants' Motion to Dismiss, or in the Alternative for Summary Judgment and the entire record of this case, it is hereby

ORDERED that Federal Defendants' Motion, be GRANTED, and it is

FURTHER ORDERED that, all of Plaintiff's claims against Federal Defendants be dismissed with prejudice.

Date this ____ day of _____, 2007.

_____
United States District Judge

Copies to:

Oliver W. McDaniel,
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

M. Celeste Bruce, Esq.
Rifkin, Levingston, Levitan & Silver, LLC
6305 Ivy Lane, Suite 500
Greenbelt, MD 20770

Dana K. DeLorenzo
Assistant Attorney General
Office of the Attorney General for the
  District of Columbia
441 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001