EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1586 (RMC) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF BENITA GILES

1.    I, BENITA GILES, am a Sergeant with the Uniformed Division of the United
States Secret Service [hereinafter "USSS/UD"] and have been employed by the
USSS/UD since February of 1995.  I report the following information based upon
my personal knowledge of the events.

2.    On July 15, 2004, I was on patrol when I was dispatched to a traffic stop made by
Officer Michael Burdyn at 1776 Massachusetts Ave., N.W.  As per my duties, I
was dispatched to the scene to serve as the supervising official.

3.    When I arrived at the scene, Officers Burdyn and McQueen, both of the
USSS/UD, had Mr. Terence Anthony Powers out of the black Mazda Miata that
he was driving.  Mr. Powers's North Carolina driver's license had been
suspended.

4.    Mr. Powers had handed the officers a cigarette box which contained five small zip
bags, filled with a powdered white substance, which he admitted were his.  The

1

substance was suspected to be illegal. USSS/UD Crime Scene Technicians

Cockrell and Ortiz arrived and tested the substance. The substance tested positive

for cocaine.

5.    Mr. Powers was arrested for Possession with Intent to Distribute Cocaine and

driving without a valid driver's license.

6.    Sergeant Beres arrived to transport Mr. Powers to the Third District Metropolitan

Police Station. Mr. Powers was patted down before he was placed in the cruiser

for transport by Sgt. Beres. Mr. Powers's boots were removed for inspection, then

his belt and other personal belongings were taken from him to ensure the safety of

himself and the officers. I inspected Sgt. Beres's cruiser before Mr. Powers was

transported therein. Mr. Powers was placed in the back seat of the cruiser in

handcuffs then transported to the 3rd District for booking.

7.    Mr. Powers was cooperative during the stop and the arrest, and no use of force

was required by any officer at the scene to control him, and no force was used. He

did not show signs of alcohol consumption, but was suspected of being under the

influence of an illegal substance. Nonetheless, he did not show any signs that he

was a danger to himself or others, and precautions according to USSS/UD an

MPD procedures were taken to ensure his safety. I observed nothing at the scene

to indicate that Mr. Powers required special measures in his transport or detention.

He appeared calm and gave no indication that he was suicidal.

8.    I arrived at the 3rd District Station after Mr. Powers had been taken back for

booking, and I had no contact with him. I went to the officer processing room to

2

set up the laptop computer (for which I am responsible as the supervising officer) to complete the arrest paperwork. I entered information into the computer as told to me by Officer Burdyn, and assisted him and Officer Brown with completion of the arrest paperwork. Mr. Powers's Miranda Rights card was completed and all rights were marked "yes." Also, no immediate discussion with Mr. Powers was necessary because he had already admitted to possessing the cocaine. I directed Officer Burdyn to obtain Mr. Powers's signature on the impoundment notice of his mother's Mazda.

9.    I was called away about fifteen minutes after arriving at the Third District to question a female suspect in an unrelated incident. When I finished, I returned to the officer processing room and heard the call over the radio about a nonresponsive prisoner.

10.   I went back to the cell block and saw Mr. Powers leaning up against the cell door with socks around his neck and his head leaning to the side with his shirt up in back. He did not show any signs of life.

Pursuant to 28 U.S.C. § 1746, I swear, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

_Benita P. Giles_
Benita Giles

Executed Date: 6/15/07

3