# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PATRICIA A. POWERS-BUNCE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-1586 (RMC) |

### DECLARATION OF ROBERT J. BERES

1. I, ROBERT J. BERES, am a Lieutenant with the Uniformed Division of the United States Secret Service [hereinafter "USSS/UD"] and have been employed by the USSS/UD since April of 1990. I report the following information based upon my personal knowledge of the events.

2. On July 15, 2004, I was on patrol, serving as a Sergeant, when I was dispatched to transport a prisoner from Massachusetts Ave. and Dupont Circle, N.W. to the Metropolitan Police Department (MPD) Third District Station.

3. When I arrived at the scene, I joined other Officers of the USSS/UD, including Officer Burdyn, who had Mr. Terence Anthony Powers out of an automobile and in handcuffs, searching and securing him for transport.

4. I patted down Mr. Powers before he was placed in the cruiser for transport. Either Sgt. Giles or I inspected the cruiser before Mr. Powers was transported therein.

1

        Mr. Powers was placed in the back seat of the cruiser in handcuffs then transported to the 3rd District for booking.

5.     Mr. Powers was compliant when being transported, and no use of force was required by any officer at the scene to control him, and no force was used on Mr. Powers during the transport. He did not show signs of alcohol consumption, but may have been under the influence of an illegal substance. Nonetheless, he did not show any signs that he was a danger to himself or others, and precautions according to USSS/UD an MPD procedures were taken to ensure his safety. He appeared calm and gave no indication that he was suicidal. Mr. Powers did not talk during the transport.

6.     When we arrived at the 3rd District Station, I took Mr. Powers into the station and turned him over to MPD Officers in charge of the Third District cellblock and left the station.

7.     Later that morning, I returned to the Third District station in order to transport Mr. Powers to the Central Cellblock for further processing. I learned at that time that Mr. Powers apparently had committed suicide.

Pursuant to 28 U.S.C. § 1746, I swear, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

_____
Robert J. Beres

Executed Date: 6/18/2007