# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PATRICIA A. POWERS-BUNCE**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DISTRICT OF COLUMBIA, *et al.*,**<br><br>**Defendants.** | **Civil Action No. 06-1586 (RMC)** |

**DECLARATION OF JONATHAN L. ARDEN, MD**

I, Jonathan L. Arden, MD, having personal knowledge of the facts stated herein and being competent to testify thereto, hereby declare:

1. I have practiced forensic pathology for more than twenty years. After receiving my MD degree from the University of Michigan in 1980, I completed training in anatomic pathology at the New York University Medical Center (1980-1983) and in forensic pathology at the Office of the Chief Medical Examiner for the State of Maryland (1983-1984); I was certified in both anatomic and forensic pathology by the American Board of Pathology in 1985. I am currently licensed to practice medicine in four states and the District of Columbia. I spent most of my career as a government-employed medical examiner, including nine years with the Office of Chief Medical Examiner for the City of New York where I finished as First Deputy Chief Medical Examiner, and more than five years as the Chief Medical Examiner of Washington, DC. I am currently

president of Arden Forensics, PC, a consulting practice in forensic pathology and medicine.

2. I was retained by the Office of the United States Attorney for the District of Columbia to provide consultation in the field of forensic pathology for the above-captioned case.

3. I was provided with the following materials to review in connection with this matter:

- Autopsy Report of Terence Anthony Powers from the Office of the Chief Medical Examiner, District of Columbia, Case Number 04-1745, including related body diagram and autopsy notes, and Toxicology Report;
- Civil Complaint, Case No. 5391-06, Superior Court for the District of Columbia, Civil Division;
- Notice of Claim (Standard Form 95);
- United States Secret Service, Uniformed Division, Arrest/Prosecution Report, Citation Number 540400165; and
- Declaration of Officer Michael Burdyn, Civil Action No. 06-1586 (RMC).

I also reviewed all of the autopsy photographs at the Office of the Chief Medical Examiner; of these, 21 were selected for printing, and I have received copies of those photographs for my file.

4. Paragraph 26 of the Civil Complaint states, "An independent medical examiner found that some of the bruising to Mr. Powers' back, buttocks and legs was consistent with inflicted blows and excessive force used upon him by police officer night sticks." This statement is inaccurate in several ways. First, Mr. Powers had no injuries to his

buttocks. Second, a medical examiner is qualified to interpret the features of injuries, e.g., as to their type, mechanism and causation, but it is beyond the scope of forensic pathology to offer an opinion as to the use of "excessive force."

5.     As to the assertion that at least some of the injuries were consistent with having been inflicted by "police nightsticks," none of the injuries documented by autopsy on or in Mr. Powers's body had any pattern suggestive of being struck with any particular type of object. A soft-tissue injury caused by striking with a cylindrical object, such as a police baton, typically recapitulates the configuration of the striking portion of the object, resulting in a rectangular or elongated bruise. In contrast, the bruise to the right shin was irregularly shaped. The injuries to the lower back and thighs consisted of areas of bleeding in the subcutaneous (under the skin) tissues; none of these had any patterned surface components, as would be likely if these were caused by strikes with a baton. The zones of subcutaneous hemorrhage were not described or diagrammed to have any pattern (see autopsy report with notes, diagram and toxicology report, attached hereto as Exhibit A); several of them theoretically are consistent with strikes by an elongated object, but their features do not suggest this to be more probable than being caused by impacts with another type of surface or object.

6.     The injury to the left side of the chest described as a "dry yellow abrasion" is a postmortem pressure mark. It does not represent an injury incurred by Mr. Powers while alive. Although the autopsy report also describes a bruise in the soft tissues below this mark, the autopsy photographs do not demonstrate this convincingly. If such a bruise did exist, then it is another non-specific injury that is indicative of localized impact, without any pattern suggestive of being caused by an object such as a baton. Regardless, the

presence of this bruise does not obviate the opinion that the yellow mark is a postmortem artifact, not an injury.

7. The presence of a few, scattered, non-specific (i.e., not patterned) bruises on the body of Mr. Powers does not permit an inference that he was struck with an object.

8. No microscopic examination was performed on any of the injuries, which might permit a more precise estimation of their ages. While it appears that these were "fresh" injuries by gross examination at autopsy, some or all of them could have occurred prior to the time of Mr. Powers's arrest. It cannot be established with reasonable medical certainty that any or all of them occurred while he was in custody of law enforcement.

9. None of the blunt injuries incurred by Mr. Powers caused damage to vital structures, nor fractures to any bones. While they likely would have caused him some pain, there is no evidence on which to base a conclusion with reasonable medical certainty that he did actually experience "great conscious pain and suffering."

10. Postmortem toxicologic testing revealed that Mr. Powers had substantial concentrations of ethanol (alcohol) and cocaine in his system at death, even after being in custody for nearly four hours, during which time he would continue to metabolize them. (See Exhibit A.) If these substances were exerting a significant effect on Mr. Powers while he was in custody and when he hanged himself, then it is more probable that their combined effects diminished his sensation of pain. In addition, the pharmacologic effects of cocaine would accelerate death by asphyxia and/or diminution of cerebral blood flow caused by hanging, although it is not reasonable to quantitate the magnitude of this acceleration in a particular instance.

11. Opinions are expressed with reasonable medical certainty. I reserve the right to

Declaration of Jonathan L. Arden, MD, Civil Action No. 06-1586 (RMC)

amend any statements or opinions offered if presented with additional significant evidence, as well as the right to rebut any opinions offered within my area of expertise.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Jonathan L. Arden, MD

6/20/2007

Date Executed

5

# Exhibit A



# Government of the District of Columbia
## Office of the Chief Medical Examiner

## AUTOPSY REPORT

**CASE NUMBER:** 04-1745

**NAME OF DECEDENT:** TERENCE ANTHONY POWERS

**AGE:** 38 YEARS **RACE:** WHITE **GENDER:** MALE

**DATE OF DEATH:** JULY 15, 2004 **AUTOPSY DATE:** JULY 15, 2004

**PERFORMED BY:** CONSTANCE R. DiANGELO, MD

**FINAL DIAGNOSES**

1. Hanging
   - A. Abraded furrow and muscle hemorrhage, neck, with inverted 'V' posterior head
   - B. Petechiae, rare, mucosa, trachea
   - C. Compressed and dry tissues, neck
2. Contusions, lateral chest, back, thighs, shin

**CAUSE OF DEATH:** HANGING

**MANNER OF DEATH:** SUICIDE

Autopsy performed in the presence of autopsy staff.

**EXTERNAL EXAMINATION**

The body is that of a normally developed, well-nourished, 38-year-old, white man measuring 67" in length and weighing 165 pounds. Identification tags are present.

| | |
|---|---|
| Head – | The scalp hair is light brown, straight, and 1½" in length on the vertex. The irides are blue and the sclerae and conjunctivae are congested. The nose, ears, mouth and lips are normally formed with one pierce hole in each lobe. The teeth are natural. Lower lip hair is present. |
| Neck – | There is no evidence of scarring. |
| Chest – | There is no evidence of scarring. |
| Abdomen – | There is no evidence of scarring or trauma. |
| Upper extremities – | Normally formed with intact fingernails. |
| Lower extremities – | There is no evidence scarring. |
| External genitalia / perineum – | The penis, scrotum, and anus are normally formed and without evidence of injury. |
| Back – | There is no evidence of scarring or trauma. |
| Rigor mortis – | There is generalized rigidity of the body. |
| Livor mortis – | Blanching lividity is present on the posterior surfaces. |
| Algor mortis – | The body is cool. |
| Decomposition – | None except for slight drying of the sclerae |

**SCARS/TATTOOS**

A ½ " x ⅛" scar is on the right forehead, ¼" x ½", and 1" x 1½" on the right posterior forearm. A cherry tattoo is on the right lower abdomen.

**CLOTHING**

The decedent is clothed in a ribbed, black, A-shirt, Bolce and Gabbana brand, size S; blue jeans, paper, denim and cloth brand, 31325; leather "cock ring"; and with brown boots, Reaction brand. White tube socks are described below.

**MEDICAL INTERVENTION (EXTERNAL AND INTERNAL)**

Four EKG tabs are present on the body.

## AUTOPSY PROCEDURE

1. The body is opened using the standard Y-shaped incision of the anterior torso and the head is opened with the usual U-shaped incision of the scalp. The pelvic organs are eviscerated separately, *en bloc*.
2. A layer-by-layer dissection of the neck is performed after evisceration of the head and torso, and following adequate passive drainage of the vasculature of the head and neck.
3. Routine samples are collected and submitted for toxicological analysis (see separate report). Samples tissues have been retained in formalin.
4. Selected photographs have been prepared and retained.

## EVIDNENCE OF INJURY (EXTERNAL AND INTERNAL)

HANGING: There is an abraded furrow about the neck. The inverted 'V' is present on the posterior head. The furrow is located 2" inferior from the chin in the anterior midline, 3¼ " inferior from the right and left external auditory canal line, and 7" inferior from the top of the head in the posterior midline with the 'V' 2¾" to the left midline. The abraded furrow measures from 3 1/6" on the right side of the neck to 5/16" on the left side to ⅛" at the back of the neck. Examination of the neck structures following adequate passive drainage of the head and chest reveals no intramuscular hemorrhage, just compression and drying. The hyoid bone and laryngeal structures are intact. There are rare petechial hemorrhages of the tracheal mucosa. The head is very congested.

The ligature consists of two white tube socks that have been tied together. One portion measures 19"x3". The second portion measures 6"x 2¼ ". The portion that has been cut has one side measuring 3"x3" and the other 2½" x 2".

BLUNT TRAUMA: There is a 2"x ½" dry yellow abrasion of the left lateral chest wall located 21¾" inferior from the top of the head and 1" anterior to the lateral midline. Inferior to this is 3"x2" blue contusion with extension into the subcutaneous tissues. No rib fractures are identified. A focal ½" subpleural area of hemorrhage is present on the left lung. There is a 1" x ¾" of red purple contusion of the right shin located 9½" superior from the heel and ½" to the left of midline. Subcutaneous hemorrhage is present. Examination of the posterior torso and extremities through standard incisions reveals a 1"x1"x ¼" area of hemorrhage of the left lower back and 3"x ½" x ¼ " of the right lower back. A 1"x1"x ½" area of subcutaneous hemorrhage is located on the left posterior lateral thigh and 2"x1"x ¼ " of the right posterior medial thigh. There are ⅛" abrasions of the left thumb and 1/16" of the left posterior index finger.

**INTERNAL EXAMINATION (EXCLUSIVE OF INJURY)**

BODY CAVITIES:

| | |
|---|---|
| Pericardium & cavity – | Free of fluid or adhesions. |
| Pleura & cavities – | Free of fluid or adhesions. |
| Peritoneum & cavity – | Free of fluid or adhesions. |
| Mediastinum – | No localized lesions or hemorrhage. |
| Diaphragm – | Unremarkable. |
| Retroperitoneum – | Free of hemorrhage. |

CARDIOVASCULAR SYSTEM:

| | |
|---|---|
| Heart – | 360 grams. The external configuration of the heart is unremarkable; the epicardium is smooth and intact. |
| Coronary ostia & arteries – | Right dominant distribution. The coronary arteries have the usual anatomical course with 50% – 60% stenosis of the proximal left anterior descending by eccentric atherosclerotic plaque formation. No plaque hemorrhage or thrombi are present. |
| Aortic arch – | The arteries are patent and have the usual anatomic distribution. |
| Atria – | The atria are not dilated and are free of lesions or mural thrombus. |
| Cardiac valves – | Normally placed without vegetations or perforations. |
| Right ventricle – | Not dilated; the wall is not thickened. |
| Left ventricle – | The chamber is unremarkable and the aortic outflow tract is unobstructed. The myocardium is thickened (1.5 cm) without gross lesions. |
| Aorta – | Minimal to moderate atherosclerosis mainly in the abdominal portion. |
| Vena cavae – | Unremarkable. |

RESPIRATORY SYSTEM:

| | |
|---|---|
| Bronchi & carina – | Unremarkable. |
| Right lung – | 630 grams. There is moderate edema and congestion without consolidation, masses, or pulmonary thromboemboli. |
| Left lung – | 350 grams; as above. |

DIGESTIVE SYSTEM:

| | |
|---|---|
| Esophagus – | Patent and unremarkable. |
| Stomach contents – | 50 ml of red brown fluid without grossly recognizable material. |
| Gastric mucosa – | Marked congestion without perforations or ulcerations. |

Intestine – The small bowel and colon are not obstructed or perforated.
Appendix – Present.
Liver – 2070 grams; homogeneous and soft cut surface.
Gall bladder – Present with 10 ml of bile and no gallstones present.
Pancreas – Tan lobulated cut surface with punctate parenchyma hemorrhage. .

GENITOURINARY SYSTEM:

Right kidney – 150 grams. There is a non-adherent capsule and the cortical surface is smooth. The cut surface reveals cortex and medulla without gross lesions. The renal pelvis is unremarkable.
Left kidney – 170 grams; as above.
Urine – 10 ml.
Urinary bladder – Unremarkable.
Prostate gland – Not enlarged and without focal lesions.
Testes – Present in the scrotum and without localized lesions.

HEMOLYMPHATIC SYSTEMS:

Spleen – 150 grams with increased white pulp.
Lymph nodes – The lymph nodes are enlarged overactive cut surface.

MUSCULOSKELETAL SYSTEM:

Bones – The bones visualised in the body cavities are unremarkable.
Skeletal muscles – The cut surfaces of the skeletal muscles are described above.

ENDOCRINE SYSTEM:

Pituitary gland – Not enlarged.
Thyroid gland – Unremarkable.
Adrenal glands – Unremarkable.

NECK:

Subcutis tissues – As described above.
Strap muscles – As described above.
Tongue – Normally formed.
Hyoid bone – Not fractured.
Larynx – The thyroid and cricoid cartilage has no injuries or fractures. The mucosa is described above; the epiglottis is unremarkable.

Trachea – Normally formed.

HEAD AND CENTRAL NERVOUS SYSTEM:

Scalp – No significant injuries or hemorrhage.
Skull – Not fractured.
Brain (weight) – 1230 grams.
Dura – The epidural and subdural spaces are free of hemorrhage. The dura mater and falx are unremarkable.
Arachnoid – The subarachnoid space is free of hemorrhage or exudates. The leptomeninges are thin and delicate.
Circle of Willis – Usual anatomic distribution without atherosclerosis or aneurysms.
Brain (external) – Cerebral hemispheres are symmetrical with a moderately edematous gyral pattern. The brainstem and cerebellum are normally formed.
Brain (internal) – Serial sections cerebellum reveals normally formed gray and white matter structures without focal lesions.

Constance R DiAngelo MD 8/16/04

Constance R. DiAngelo, MD
Deputy Medical Examiner

Date Signed

CRD:rj

Government of the District of Columbia
Department of Human Resources

# OFFICE OF THE CHIEF MEDICAL EXAMINER

Name ME Case#:04-01745
NAME: Powers, Terrence
AGE:38 Years RACE: White Case No.
Color SEX: Male DATE: 7/15/04
MD: CAO Date

head v cong

1/2 x 1/8 whs

↓3 1/4 3/16

↓3 1/2 5/16

↓2 chin 9/16

↓21 3/4 ←1 lat 2 x 1/2 dry yellow abras

3x2 blue cont

cherry sq hem

circ Wtest

blue clear sl drying cong

intact

intact

leather "cockring"

lips gums teeth=nat WNL pal tong

lower lip hair high sh brown top 1 1/2"

sq hem 1 x 3/4

4EKG

9 1/2

1/2

6 Tim 165#

nil blk A shirt Dolce and Gabbana S

blue jeans paper denim cloth

1 Q LFP

Reaction brwn boots

white tube socks

tied together

knot

<2 3/4

1/8 ↓7

dry comp

cut down back ext sq hem

blanch

pintra musc neck WNL

rare petech mc of track

1x1x1/4 sq

3 x 1/2 x 1/4 sq

1x1/2 whs

WNL stool

1x1x1/2 sq

2 x 1 x 1/4 sq

4 x 2 1/4

2 1/2 cut

3" x 3" cut

6 x 2 1/4

1-2+

19" x 3"

DHR-312



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
1910 Massachusetts Avenue, S.E., Bldg. 27
Washington, D.C. 20003

Toxicology Laboratory

# TOXICOLOGY REPORT

## CASE IDENTIFICATION

Agency: OCME
Agency Number: **04-01745**
Name: POWERS, Terrence

Report Date: 08-18-2004
Toxicology Number: TX04-0682
ME: CRD

## SPECIMEN(S) RECEIVED

Subclavian blood (2), heart blood (2), urine, bile, vitreous, liver, brain, gastric
Date Received: 07-16-2004

## RESULTS

Subclavian blood and vitreous were analyzed by headspace gas chromatography for the presence of ethanol, acetone, methanol, and isopropanol. The following volatile(s) were detected:
**Ethanol** **Blood 0.09 g/100 mL** **Vitreous 0.12 g/100 mL**

Subclavian blood was screened by enzyme immunoassay for the presence of amphetamines, barbiturates, benzodiazepines, cocaine metabolites, methadone, methamphetamines, opiates, phencyclidine and propoxyphene. The following drug(s) were detected:
**Blood was presumptive positive for *cocaine metabolites***

Subclavian blood was screened by gas chromatography-mass spectrometry for the presence of basic drugs. The following drug(s) were detected:
**Cocaine**
**Cocaethylene**
**Ecgonine methyl ester**
**Ecgonine ethyl ester**
**Nicotine**
**Caffeine**

Subclavian blood was analyzed by gas chromatography-mass spectrometry for cocaine and benzoylecgonine. The following result(s) were obtained:
**Cocaine** **Blood 0.21 mg/L**
**Benzoylecgonine** **Blood 1.22 mg/L**

RORY M. DOYLE, M.Sc.
Deputy Chief Toxicologist, OCME

FIONA J. COUPER, Ph.D.
Chief Toxicologist, OCME