**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PATRICIA A. POWERS-BUNCE** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 06-1586 (RMC)** |
| | ) |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**FEDERAL DEFENDANTS' MOTION FOR LEAVE TO FILE**
**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THEIR**
**RENEWED MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR**
**SUMMARY JUDGMENT, AND MEMORANDUM IN SUPPORT THEREOF**

Federal Defendants, through counsel, the United States Attorney for the District of Columbia, respectfully move, pursuant to Federal Rule Civil Procedure 6 (b), for leave to file their attached Supplemental Memorandum in support of their Renewed Motion to Dismiss or, in the alternative, Motion for Summary Judgment. Counsel for the Plaintiff, M. Celeste Bruce, Esq., was unavailable when Counsel for the Federal Defendants attempted to contact her concerning her position on this motion. As grounds for this motion, Defendant submits the following.

Defendant requests this leave to file to address the recent decision of the D.C. Circuit in Pitt v. District of Columbia, No. 05-7157, 2007 WL 1814970, 2007 U.S. App. LEXIS 15178, Slip Op. at *1 (D.C. Cir. June 26, 2007).

WHEREFORE, Federal Defendants respectfully submits that this motion for leave to file their supplemental memorandum in support of their Renewed Motion to Dismiss or, in the Alternative, Motion for Summary Judgment should be granted.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____/s/_____
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

June 28, 2007

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 28th day of June, 2007, I caused the foregoing Federal Defendants'

Motion for Leave to File Their Renewed Motion to Dismiss or, in the Alternative, Motion for

Summary Judgment, accompanying proposed Order, and attached Supplemental Memorandum in

Support of their Renewed Motion to Dismiss or, in the Alternative, Motion for Summary Judgment,

to be served on Counsel for the Plaintiff by the Electronic Court Filing System or, if this means fails,

then by mail, postage prepaid, addressed as follows:

M. Celeste Bruce, Esq.
Rifkin, Levingston, Levitan & Silver, LLC
6305 Ivy Lane, Suite 500
Greenbelt, MD 20770

Dana K. DeLorenzo
Assistant Attorney General
Office of the Attorney General for the
  District of Columbia
441 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001

```
                              /s/
           _____
           OLIVER W. McDANIEL, D.C. BAR # 377360
           Assistant United States Attorney
           Civil Division
           555 Fourth Street, N.W.
           Washington, D.C.  20530
           (202) 616-0739
```