UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY DUNKLEY** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Civil Action No. 05-1544 (RWR) |
| **EXECUTIVE OFFICE FOR UNITED** | ) |
| **STATES ATTORNEYS/FOIA/PA UNIT** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

UPON CONSIDERATION of Federal Defendants' Motion for Leave to File Their Supplemental Memorandum in support of their Renewed Motion to Dismiss or, in the Alternative, Motion for Summary Judgment, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that the said motion be, and it hereby is, GRANTED, and it is

FURTHER ORDERED that Federal Defendants' Supplemental Memorandum in support of their Renewed Motion to Dismiss or, in the Alternative, Motion for Summary Judgment shall be deemed filed on June 28, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

M. Celeste Bruce, Esq.
Rifkin, Levingston, Levitan & Silver, LLC
6305 Ivy Lane, Suite 500
Greenbelt, MD 20770

Dana K. DeLorenzo
Assistant Attorney General
Office of the Attorney General for the
  District of Columbia
441 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001