Metropolitan Police Department

# Incident-Based Event Report

Washington, D.C.

PART I - CLASSIFICATION OF EVENT

TYPE OF REPORT: Offense (marked) / Incident

DATE AND TIME OF EVENT

| | Start Date | Start Time | End Date | End Time |
|---|---|---|---|---|
| Month | Jul | | Jul | |
| Day / Year / Time | 15 04 | 00:39 | 15 04 | 04:10 |

DATE OF REPORT: Jul 15 04 — TIME OF REPORT: 04:30

DISTRICT: 3 — SECTOR — BEAT: 308

COMPLAINT NUMBER: 097583

FILL IN THE OVALS COMPLETELY — Right Mark / Wrong Marks

EVENT LOCATION ADDRESS: 776 Massachusetts Ave. N.W.

Rear of / In front of (marked) / Along side of / Inside of / NW Corner / NE Corner / SW Corner / SE Corner

REPORT RECEIVED BY: TRU / On-scene / Walk-in / Radio run

IS RADIO RUN LOCATION AND EVENT LOCATION THE SAME? Yes / No

PROPERTY TYPE: Public (marked) / Private

EVENT NO. 1: ICSA-PWID Cocaine 1/1

EVENT NO. 2: Suicide (While in custody)

EVENT NO. 3:

FORCED ENTRY: Yes / No — POINT OF ENTRY — a. Method Used — b. Tools Used

WEATHER CONDITIONS: Clear / Rain / Other / Unknown / Cloudy / Snow / Not applicable

SUSPECTED HATE CRIME? None / Ethnic / Sexual Orientation / Racial / Religious / Other

SECURITY SYSTEM (Mark all that apply): Alarm/Audio / Camera / Dead bolt / Exterior lights / Fence / Neighborhood watch / Not applicable / Alarm/Silent / Dog / Unlocked / Interior lights / Guard / Other / Unknown

LOCATION TYPE (Mark only one): Air/Bus/Train terminal / Alley / Bank/Savings & loan / Bus stop / Church/Synagogue/Temple / College/University / Commercial office building / Construction site / Convenience store / Department/Discount store / D.C. government building / Doctor's office/Hospital / Drug store / Federal/Government bldg. / Field/Woods / Grocery/Supermarket / Hotel/Motel/Etc. / Jail/Prison / Lake/Waterway / Liquor store / Park area / Parking lot/Parking garage / Public housing project / Public/Private school / Rental storage facility / Residence/Home / Restaurant / Service station / Sidewalk / Specialty store / Street/Highway/Road (marked) / Tavern/Night club / Other / Not applicable / Unknown

DESIGNATED AREAS (Mark all that apply): Victim's vehicle / Suspect's vehicle / Taxi-cab / Bus / Train/Metro/Amtrak/Etc. / Hallway / Elevator / Stairwell / Basement/Laundry room / Apartment/Condo unit / Single family dwelling / Hotel/Motel room / College/University dorm / Classroom / Office room / Vacant building/room / Customer area / Storage area / In public housing / W/in 1 block of public housing / W/in 1,000 ft. of school / Other / Not applicable / Unknown

PART II - VICTIM INFORMATION

NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1: Michael E. Burdyn

RELATED TO EVENT NO(S).: 1

VICTIM TYPE: Individual / Financial inst. / Religious org. / Police officer (marked) / Business / Government / Society/Public / Other

DATE OF BIRTH: Unknown / NA — AGE RANGE: 0-1 yr. / 2-12 yrs. / 13-17 yrs. / 18-65 yrs. / Over 65 — SEX: Male / Female / Unknown — HOME PHONE: ( )

BUSINESS PHONE: (202) 634-2234

RACE/ETHNICITY (Mark all that apply): American Indian/Alaskan Native / Asian/Pacific Islander / Black / Chinese / Latino/Hispanic / Jamaican / Japanese / Korean / Vietnamese / White / Other / Unknown/Refused

HOME ADDRESS: DC Resident / Non-DC Resident / Unknown

BUSINESS ADDRESS/SCHOOL: 3507 International Dr. N.W.

OCCUPATION — IS EVENT RELATED TO OCCUPATION? Yes / No / Unknown

ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1

NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1: Powers, Terence A.

RELATED TO EVENT NO(S).: 1, 2

VICTIM TYPE: Individual (marked) / Financial inst. / Religious org. / Police officer / Business / Government / Society/Public / Other

DATE OF BIRTH: May 23 66

AGE RANGE: 18-65 yrs. (marked)

SEX: Male (marked)

HOME PHONE: (202) 607-8271

BUSINESS PHONE: ( )

RACE/ETHNICITY (Mark all that apply): American Indian/Alaskan Native / Asian/Pacific Islander / Black / Chinese / Latino/Hispanic / Jamaican / Japanese / Korean / Vietnamese / White / Other / Unknown/Refused

HOME ADDRESS: DC Resident / Non-DC Resident / Unknown — 1600 T St., NW Apt #7

BUSINESS ADDRESS/SCHOOL

OCCUPATION — IS EVENT RELATED TO OCCUPATION? Yes / No (marked) / Unknown

ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1

STATUS (Mark one): Open / Unfounded / Closed (marked) / Suspended / Closed by arrest, attach PD-252

REVIEWER — DISTRIBUTION

55. IS VICTIM #1 THE REPORTING PERSON? IF NO, ENTER THE NAME, ADDRESS AND PHONE NUMBER OF THE REPORTING PERSON. (X) Yes ( ) No

Name: ______ Phone-Area Code: ______
Address: ______

56. DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER? ( ) Yes ( ) No

56A. WAS PD FORM 378A ISSUED? ( ) Yes ( ) No

57. IS CPO/TPO OUTSTANDING? ( ) Yes ( ) No ( ) Unknown — IF YES, ENTER CPO/TPO #: ______

58. INJURIES — Use the following codes to describe injuries. (Mark all that apply)

N = None Visible
M = Apparent Minor Injury
B = Apparent Broken Bones
O = Other Major Injury
I = Possible Internal Injury
G = Gunshot
L = Severe Laceration
T = Loss of Teeth
U = Unconscious

| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB. # | STATUS |
|---|---|---|---|---|---|---|---|---|
| ( ) Victim ( ) Suspect | 1 2 3 4 5 6 7 8 9 | N M B O I G L T U | | | | ( ) Yes ( ) No | | ( ) Admitted ( ) Released |
| ( ) Victim ( ) Suspect | 1 2 3 4 5 6 7 8 9 | N M B O I G L T U | | | | ( ) Yes ( ) No | | ( ) Admitted ( ) Released |
| ( ) Victim ( ) Suspect | 1 2 3 4 5 6 7 8 9 | N M B O I G L T U | | | | ( ) Yes ( ) No | | ( ) Admitted ( ) Released |
| ( ) Victim ( ) Suspect | 1 2 3 4 5 6 7 8 9 | N M B O I G L T U | | | | ( ) Yes ( ) No | | ( ) Admitted ( ) Released |

## PART III - PROPERTY

59. Codes: S = Stolen, E = Evidence, R = Recovered, F = Found, I = Impounded, V = Vehicle from which theft occurred, D = Alleged drug type, L = Lost, P = Suspected proceeds of crime, O = Other

a. Property Book & Page No.: ______ b. Location of Property Book: ______

| Code | Description of Item(s) | Serial Number/ Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | TOTAL VALUE | | |

60. VEHICLE INFORMATION — Vehicle operated/used by: ( ) Victim ( ) Suspect ( ) Victim's vehicle taken by suspect

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
| I/E | 1994 | Mazda | miata | Blk | 2-Door | HXB-066/MD/07 | JM1NA353XR0501062 |

## PART IV - SUSPECT/MISSING PERSON INFORMATION (Use narrative if additional space is needed.)

61. #1 (X) Suspect ( ) Missing

a. Race: ( ) Asian (X) White ( ) Unknown ( ) Black ( ) Latino/Hispanic ( ) Other
b. Sex: (X) Male ( ) Unknown ( ) Female
c. Exact Age or Range: 38
d. Height: 5'9"
e. Weight: 165
f. Eyes: HAZEL
g. Hair: Brown
h. Complexion: Light
i. Scars: ______
j. Mustache: ______
k. Facial Hair: ______
l. Hat: ______
m. Coat/Jacket: ______
n. Pants: Blue Jeans
o. Blouse/Shirt (Shirt circled): Black
p. Perpetrator Suspected of Using: ( ) Alcohol ( ) Drugs ( ) Computer ( ) N/A

q. Weapons Used in Offense (Mark all that apply)
Firearm: ( ) Handgun ( ) Revolver ( ) Rifle ( ) Shotgun ( ) Semi-automatic ( ) Automatic ( ) Other firearm
Other: ( ) Cutting instrument ( ) Blunt object ( ) Motor vehicle ( ) Hands/Feet/Teeth ( ) None ( ) Unknown ( ) Other (specify) ______
Color: ______ Make: ______ Model: ______ Caliber: ______

62. #2 ( ) Suspect ( ) Missing

a. Race: ( ) Asian ( ) White ( ) Unknown ( ) Black ( ) Latino/Hispanic ( ) Other
b. Sex: ( ) Male ( ) Unknown ( ) Female
c. Exact Age or Range: ______ d. Height: ______ e. Weight: ______ f. Eyes: ______ g. Hair: ______
h. Complexion: ______ i. Scars: ______ j. Mustache: ______ k. Facial Hair: ______ l. Hat: ______ m. Coat/Jacket: ______ n. Pants: ______ o. Blouse/Shirt: ______
p. Perpetrator Suspected of Using: ( ) Alcohol ( ) Drugs ( ) Computer ( ) N/A

q. Weapons Used in Offense (Mark all that apply)
Firearm: ( ) Handgun ( ) Revolver ( ) Rifle ( ) Shotgun ( ) Semi-automatic ( ) Automatic ( ) Other firearm
Other: ( ) Cutting instrument ( ) Blunt object ( ) Motor vehicle ( ) Hands/Feet/Teeth ( ) None ( ) Unknown ( ) Other (specify) ______
Color: ______ Make: ______ Model: ______ Caliber: ______

63. #3 ( ) Suspect ( ) Missing

a. Race: ( ) Asian ( ) White ( ) Unknown ( ) Black ( ) Latino/Hispanic ( ) Other
b. Sex: ( ) Male ( ) Unknown ( ) Female
c. Exact Age or Range: ______ d. Height: ______ e. Weight: ______ f. Eyes: ______ g. Hair: ______
h. Complexion: ______ i. Scars: ______ j. Mustache: ______ k. Facial Hair: ______ l. Hat: ______ m. Coat/Jacket: ______ n. Pants: ______ o. Blouse/Shirt: ______
p. Perpetrator Suspected of Using: ( ) Alcohol ( ) Drugs ( ) Computer ( ) N/A

q. Weapons Used in Offense (Mark all that apply)
Firearm: ( ) Handgun ( ) Revolver ( ) Rifle ( ) Shotgun ( ) Semi-automatic ( ) Automatic ( ) Other firearm
Other: ( ) Cutting instrument ( ) Blunt object ( ) Motor vehicle ( ) Hands/Feet/Teeth ( ) None ( ) Unknown ( ) Other (specify) ______
Color: ______ Make: ______ Model: ______ Caliber: ______

*Value of vehicles to be entered by Information Processing section

CCN 097-583

PART V: MISSING PERSONS

64 PROBABLE CAUSE OF ABSENCE AND DESTINATION

65 COMPLAINT NUMBER: 097583

66 IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED:

67 CLASSIFICATION ◯ Critical ◯ Non-critical

68 CLASSIFIED BY:

69 PHYSICAL/MENTAL CONDITION (i.e., diabetic)

70 DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED

71 NAME OF PARENT/GUARDIAN

72 ADDRESS OF PARENT/GUARDIAN

73 IF JUVENILE, ENTER MOTHER'S MAIDEN NAME

74 MISSING PERSON SECTION NOTIFIED (Name)

75 NARRATIVE Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

Item Number Continued

On the reverse date and time C2 was observed operating the listed auto in section #60 traveling eastbound in the unit block of Mass. Ave. N.W.
I observed him pass the red traffic light at the intersection of Mass. Ave. and Dupont Circle. A traffic stop was Effected in front of 1776 Mass. Ave N.W.
C2 was observed retrieving an object from behind the passenger seat and placed them into a cigarette box. A Wales check revealed that C2 permit status was suspended.
The cigarette box contained 5 clear plastic zips containing a white powder substance, that field tested positive for cocaine.
C-O-C – D1/Cigarette box/McQueen/AO/Cockrell/3D Property Book
C2 was placed under Arrest for UCSA-PWID and no DC Permit
C2/D1 WAS PLACED IN CELL #6 AT THE THIRD DISTRICT. HE WAS ALONE IN THE CELL
AT APPROXIMATELY 0416 HOURS C2/D1 WAS FOUND IN AN UNCONSCIOUS STATE AND NONE RESPONSIVE WITH HIS SOCKS TIED AROUND HIS NECK AND THE CELL BARS.
MEDICAL PERSONNEL WAS SUMMONED. DC MEDIC #9 RESPONDED AND FOUND NO SIGNS CONSISTANT WITH LIFE. C2/D1 COMMITTED SUICIDE BY STRANGLING HIMSELF.
C2/D1 WAS TRANSPORTED TO MEO BY MED WAGON #1 AND PRONOUNCED A 0835 BY DR. DIANGELO.
NOTIFICATIONS: MPD - OSD/VIOLENT CRIME UNIT, MPD-CRUISER 300/LT. Robinson
MPD-FORCE INVESTIGATION TEAM, MPD CR 28 - CAPT. KEIGAN, CR 3030 Sgt. Gamble, 3D INSPECTOR D. GROOMES, SOCC

SSUDFMB NOTIFICATIONS: SGT. Giles - CR65, LT. BERRY - CR28, LT - RIGSBY - CR50
INSPECTOR JOSWIAK.

| 76 EVIDENCE TECHNICIAN/CSES # | 77 NAME OF INVESTIGATOR NOTIFIED | 78 TELETYPE NOTIFIED (Name) | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | 79 TELETYPE # |
|---|---|---|---|---|
| MC-Anderson #D0339 | OSD - WORRELL, J. | OFC Kumer | | W0373001 |

| 80 REPORTING OFFICER'S SIGNATURE | ELEMENT | 81 OTHER POLICE AGENCY (Indicate if report prepared by officer other than MPD) | 82 SECOND OFFICER'S NAME | ELEMENT | 83 SIGNATURE OF SUPERVISOR | ELEMENT |
|---|---|---|---|---|---|---|
| [signature] | UD/FMB | ◯ USCP ● USSS ◯ METRO TRANSIT ◯ OTHER | Sgt. B. Giles [signature] | UDFMB | Sgt. [signature] | 3D |
| BADGE NUMBER | | | BADGE NUMBER | | BADGE NUMBER | |