IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICIA A. POWERS-BUNCE, Individually,** and as Personal Representative of the **ESTATE OF TERENCE ANTHONY POWERS,** | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil No. 06-1586 (RMC) ) |
| **DISTRICT OF COLUMBIA,** *et al.,* | ) ) |
| Defendants. | ) ) ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Court will please note to substitute the appearance of Assistant Attorney General Dana K. DeLorenzo on behalf of defendants District of Columbia, Chief Charles H. Ramsey, Commander Larry D. McCoy and Sergeant Regina W. Gamble with Section Chief Phillip A. Lattimore, III, who now enters his appearance in this case on behalf of defendants District of Columbia, Chief Charles H. Ramsey, Commander Larry D. McCoy and Sergeant Regina W. Gamble.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        _____/s/_____
        PHILLIP A. LATTIMORE, III [422968]
        Section Chief
        General Litigation Section III
        Sixth Floor South
        441 4th Street, N.W.
        Washington, D.C. 20001

(202) 442-9824  
(202) 727-3625 (fax)  
E-Mail: phillip.lattimore@dc.gov