IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICIA A. POWERS-BUNCE,** : |
|     **Plaintiff,** : |
| : |
|     v. :     No. 06-1586 (RMC) |
| : |
| **DISTRICT OF COLUMBIA,** *et al,* : |
|     **Defendants.** : |

**NOTICE TO THE COURT REGARDING DISTRICT OF COLUMBIA'S
RESPONSE TO PLAINTIFF'S MOTION FOR DISCOVERY**

Based on the representations of Plaintiff's counsel that the motion for discovery that she filed with this Court pertains specifically to the United States of America (*see* Docket Nos. 38, 41), defendants District of Columbia will not be responding to Plaintiff's motion for discovery.

In the event that the Court desires the District to respond, the District of Columbia posits that discovery should be had by the parties only after all the dispositive motions filed by defendants have been decided by this Court.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Phillip A. Lattimore, III*
    PHILLIP A. LATTIMORE, III [422968]
    Section Chief
    General Litigation Section III
    Office of Attorney General
    441  4th Street, N.W., Suite 6S065
    Washington, D.C.  20001
    (202) 727-6295