UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Patricia A. Powers-Bunce,

    Plaintiff,

v.

District of Columbia, *et al.*,

    Defendants.

C.A. No.: 06-1586 (RMC)

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of LETICIA L. VALDES, Assistant Attorney General for the District of Columbia, as counsel for defendants the District of Columbia, Chief Charles H. Ramsey, Commander Larry D. McCoy and Sergeant Regina W. Gamble.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

   /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

   /s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295
Leticia.Valdes@dc.gov