UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Patricia A. Powers-Bunce,<br><br>    Plaintiff,<br><br>    v.<br><br>District of Columbia, *et al.*,<br><br>    Defendants. | C.A. No.: 06-1586 (RMC) |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of ERIC S. GLOVER, Assistant Attorney General for the District of Columbia, as counsel for defendants the District of Columbia, Chief Charles H. Ramsey, Commander Larry D. McCoy and Sergeant Regina W. Gamble.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

      /s/ Patricia A. Jones
    PATRICIA A. JONES [428132]
    Chief, General Litigation Sec. IV

      /s/ ERIC S. GLOVER
    ERIC S. GLOVER[1]
    Assistant Attorney General
    441 Fourth Street, N.W., Sixth Floor South
    Washington, D.C. 20001
    (202) 442-9754
    Eric.Glover@dc.gov

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals and LCvR 83.2.