UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PATRICIA A. POWERS-BUNCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1586 (RMC) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendants' Motions to Dismiss, or in the Alternative for Summary Judgment [Dkt. ## 31 & 35], are **GRANTED IN PART and DENIED IN PART**, as follows:

1. With respect to Count I of the Amended Complaint (Violations of Civil Rights):

   a. Plaintiff's claim based on alleged "unlawful search and seizure" is **DISMISSED WITH PREJUDICE**; and

   b. The Federal Defendants' motion to dismiss Plaintiff's "excessive force" claim is **DENIED**; and

   c. Plaintiff's claim based on the Fifth Amendment against the individual Defendants in their personal capacities is **DISMISSED WITH PREJUDICE**; and

   d. The District of Columbia's motion to dismiss Plaintiff's Fifth

        Amendment claims against it is **DENIED**.

2. With respect to Count II of the Amended Complaint (Intentional Infliction of Emotional Distress):

    a. Count II against the Federal Defendants is **DISMISSED WITHOUT PREJUDICE**;

    b. Count II against the individual District Defendants is **DISMISSED WITH PREJUDICE**; and

    c. Count II against the District of Columbia is **DISMISSED WITH PREJUDICE**.

3. With respect to Count III of the Amended Complaint (construed as simple negligence):

    a. Count III against the Federal Defendants is **DISMISSED WITHOUT PREJUDICE**;

    b. Count III against the individual District Defendants is **DISMISSED WITH PREJUDICE**; and

    c. The District of Columbia's motion to dismiss Count III is **DENIED**.

4. With respect to Count IV of the Amended Complaint (Direct Liability to the District of Columbia for Failure to Train and Supervise):

    a. The District of Columbia's motion to dismiss Count IV is **DENIED**.

It is **FURTHER ORDERED** that Plaintiff's Motion for Discovery [Dkt. # 41] is **DENIED**; and it is

**FURTHER ORDERED** that the Federal Defendants' Motion for Leave to File Supplemental Memorandum in Support of their Renewed Motion to Dismiss [Dkt. # 36] is **DENIED** as moot; and it is

**FURTHER ORDERED** that the individual District Defendants are **DISMISSED** from this case.

**SO ORDERED.**


Date: March 27, 2008                                    /s/
                                              ROSEMARY M. COLLYER
                                              United States District Judge