IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE, Individually, <br> And as Personal Representative of the <br> ESTATE OF TERENCE ANTHONY POWERS <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.* <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * Case No. 06-1586 (RMC) <br> * <br> * <br> * <br> * <br> * |

## LINE OF APPEARANCE

Dear Clerk:

Please enter the appearance of Ellen B. Flynn, Esquire, Bar Number 465355, as counsel for the Plaintiffs in the above captioned matter.

                              Respectfully submitted,

                              Rifkin, Livingston, Levitan & Silver, LLC

                              /S/

                            _____
                            Ellen B. Flynn, Esquire
                            D.C. Bar Number 465355

                            6305 Ivy Lane, Suite 500
                            Greenbelt, Maryland 20770

                            (301) 345-7700 phone
                            (301) 345-1294 facsimile

                            Attorney for the Plaintiffs

Date:  April 17, 2008

2

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 18th day of April, 2008, a copy of the above Line of Appearance was electronically filed and served in accordance with the electronic filing guidelines on all counsel of record.

                   /S/
                _____
                 Ellen B. Flynn