UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICIA A. POWERS-BUNCE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-1586 (RMC) |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| **Defendant.** ) | |

## SCHEDULING ORDER

After a scheduling conference held in open Court on April 22, 2008, it is hereby **ORDERED** that:

1. Plaintiff shall file a Second Amended Complaint no later than April 29, 2008.

2. Plaintiff is limited to a maximum of twenty-five (25) depositions. The District of Columbia and the Federal Defendants ("Defendants") are limited to a maximum of twenty-five (25) depositions combined.

3. Each party is limited to a maximum of twenty-five (25) interrogatories, including discrete subparts. Responses to all interrogatories shall be made thirty (30) days after service.

4. Each party is limited to a maximum of twenty-five (25) requests for admissions, including discrete subparts. Responses to all requests for admissions shall be made thirty (30) days after service.

5. All fact discovery shall be completed no later than January 21, 2009.

6. Plaintiff's designation of experts shall be made no later than December 22, 2008. Plaintiff's expert reports are due no later than February 20, 2009. Defendants' designation of experts

    shall be made no later than January 21, 2009. Defendants' expert reports are due no later than May 21, 2009.

7. Discovery material shall not be filed with the Court unless so ordered. *See* LCvR 5.2(a).

8. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to LCvR 26.2 and expected to conform fully with its directives. Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court. Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

9. A further status conference is scheduled for 10:00 a.m. on January 22, 2009.

10. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available by request of the Court at any time, as is a settlement conference before a Magistrate Judge. If the case settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

11. This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

    **SO ORDERED.**

Date: April 23, 2008                       /s/
                                            ROSEMARY M. COLLYER
                                            United States District Judge