**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA POWERS-BUNCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1586 (RMC) |
| | ) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**PRAECIPE OF WITHDRAWAL OF APPEARANCE**

The Clerk of the Court will please WITHDRAW the appearance of **Nicole L. Lynch**, District of Columbia Office of the Attorney General, as counsel for the District of Columbia and the individual District defendants in the above-captioned matter.

> Respectfully submitted,
>
> PETER J. NICKLES
> Interim Attorney General for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General
> Civil Litigation Division
>
> *Nicole L. Lynch*
> NICOLE L. LYNCH [471953]
> Chief, General Litigation Section II
> 441 4th Street, N.W.
> Washington D.C. 20001
> (202) 442-9848
> (202) 727-3625 (fax)
> nicole.lynch@dc.gov