## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PATRICIA A. POWERS-BUNCE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-1586 (RMC) |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

UPON CONSIDERATION of Individual Federal Defendants' Motion for Reconsideration of the Court's March 27, 2008 Decision Denying Their Motion for Summary Judgment Advancing a Qualified Immunity Defense, the grounds stated therefor, any opposition thereto, and the entire record herein, it is on this ___ day of _____, hereby

ORDERED that Individual Federal Defendants' motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that, upon reconsideration, Federal Defendants' motion for summary judgment is granted as to Plaintiff's Fourth Amendment claim against the Federal Defendants and that claim is hereby DISMISSED with prejudice.

_____
UNITED STATES DISTRICT JUDGE

cc:

M. Celeste Bruce, Esq.
Rifkin, Levingston, Levitan & Silver, LLC
6305 Ivy Lane, Suite 500
Greenbelt, MD 20770

Ellen B. Flynn, Esq.
6305 Ivy Lane, Suite 500
Greenbelt, Maryland 20770

Eric S. Glover
Assistant Attorney General
Office of the Attorney General for the
  District of Columbia
441 4th Street, N.W., Suite 600 South
Washington, D.C. 20001

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530