UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA A. POWERS-BUNCE | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-1586 (RMC) ) |
| DISTRICT OF COLUMBIA, et al., | ) ) |
| Defendants. | ) ) ) |

## NOTICE OF APPEAL

Notice is hereby given this 23rd day of May, 2008, that individually sued Federal Defendants, Sergeant Benita Giles and Officer Michael Burdyn of the United States Secret Service–Uniform Division, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order entered on March 27, 2008, denying Federal Defendants' motion to dismiss or in the alternative for summary judgment, in which they asserted, *inter alia*, qualified immunity as a defense to the Fourth Amendment excessive force claim.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 23rd day of May, 2008, I caused the foregoing Notice of Appeal to be served on Plaintiffs' Counsel, and Counsel for Defendant District of Columbia, by the Electronic Court Filing system or, if this means fails, then by first-class mail, postage prepaid, addressed as follows:

M. Celeste Bruce, Esq.
Ellen B. Flynn, Esq.
Rifkin Livingston Levitan & Silver LLC
6305 Ivy Lane, Suite 500
Greenbelt, MD 20770

Eric S. Glover, Esq.
Office of the Attorney General
 for the District of Columbia
441 Fourth Street, N.W., Suite 6N04
Washington, D.C.  20001

                                                 /s/
                                  OLIVER W. McDANIEL
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739